# In The United States Court of Federal Claims

04-1692C

## Cover Sheet

Plaintiff(s) or Petitioner(s) Fireman's Fund Insurance Company, American Home Assurance Company, Fidelity and Deposit Company of Maryland, Universal Underwriters Ins. Co., and J.A. Jones Constr. Co. and Guy F. Atkinson Constr. Co., a Joint Venture [1]

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): E. Mabry Rogers, Jonathan B. Head; Steven P. Handler, Paul E. Chronis [2]

Firm Name: (Rogers and Head) Bradley Arant Rose & White LLP; (Handler and Chronis) McDermott Will & Emery LLP [3] [6]

Post Office Box: [7] [8]

Street Address: (Rogers and Head) 1819 Fifth Avenue North, Birmingham, AL 35203 [9]

(Handler and Chronis) 227 West Monroe Street,

City-State-Zip:

Telephone & Facsimile Numbers: (Rogers and Head) (205) 521-8000; (Handler and Chronis) (312) 372-2000 [10]

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If NO, please call (202) 219-9630 for admission papers and instructions.

Nature of Suit Code: [1] [0] [0]

Select only one (three digit) nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: [A] [R] [M]

See attached sheet for three digit codes.

Amount Claimed: $ $33.5 million, plus CDA interest

Use estimate if specific amount is not pleaded.

Vaccination Date (vaccine cases only) ______________________

If this is case directly related to any pending or previous case, you are required to file a separate notice of directly related case(s). See RCFC 40.2.