IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY et al. | |
| Plaintiff, | |
| v. | Case No. 04-1692C (Judge Christine O.C. Miller) |
| THE UNITED STATES, | |
| Defendant. | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Brian S. Smith as attorney of record for the United States. Service of all papers by opposing parties should be made via the Court's Electronic Case Management system. Mr. Smith's mailing address is:

Brian S. Smith, Trial Attorney
Room 4054, 1000 L St. NW
Washington, D.C. 20005

Other contact information for Mr. Smith appears in the signature block below.

Dated: December 15, 2004

s/Brian S. Smith
Brian S. Smith
Attorney
Commercial Litigation Branch
Civil Division
(202) 616-0391
(202) 353-7988 Fax
brian.smith@usdoj.gov