IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY et al.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | Case No. 04-1692C<br>(Judge Christine O.C. Miller) |

DEFENDANT'S ANSWER

For its answer to the complaint, defendant admits, denies, and alleges as follows:

1. The allegations contained in paragraph 1 are conclusions of law and plaintiff's characterization of its action to which no response is required; to the extent that they may be deemed allegations of fact, they are admitted to the extent supported by the contract document cited, which is the best evidence of its contents.

2. The allegations contained in paragraph 2 are conclusions of law and plaintiff's characterization of its action to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

3. Admits the allegations contained in the first sentence of paragraph 3, that the plaintiff filed a claim. Admits the allegations contained in the second sentence of paragraph 3.

4. The allegations contained in paragraph 4 are conclusions of law and plaintiff's characterization of its action to which no response is required

response is required; to the extent that they may be deemed allegations of fact, they are admitted.

5. Denies the allegations contained paragraph 5 for lack of knowledge or information sufficient to form a belief as to their truth.

6. Denies the allegations contained paragraph 6 for lack of knowledge or information sufficient to form a belief as to their truth.

7. Denies the allegations contained paragraph 7 for lack of knowledge or information sufficient to form a belief as to their truth.

8. Denies the allegations contained paragraph 8 for lack of knowledge or information sufficient to form a belief as to their truth.

9. Admits.

10. The allegations contained in paragraph 10 are conclusions of law and plaintiff's characterization of its action to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

11. The allegations contained in paragraph 11 are conclusions of law and plaintiff's characterization of its action to which no response is required; to the extent that they may be deemed allegations of fact, they are denied for lack of knowledge or information sufficient to form a belief as to their truth.

12. Denies the allegations contained in the first sentence of paragraph 12 for lack of knowledge or information sufficient

to form a belief as to their truth. Admits the allegations contained in the remainder of paragraph 12 to the extent supported by the documents cited, which are the best evidence of their contents; otherwise denies the allegations contained in the remainder of paragraph 12.

13. The allegations contained in paragraph 13 are conclusions of law and plaintiff's characterization of its action to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

14. Admits the allegations contained in paragraph 14 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 14.

15. Admits the allegations contained in paragraph 15 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 15.

16. Admits the allegations contained in paragraph 16 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 16.

17. The allegations contained in paragraph 17 are conclusions of law and plaintiff's characterization of its action to which no response is required; to the extent that they may be deemed allegations of fact, they are to the extent supported by the document cited, which is the best evidence of its contents.

18. The allegations contained in paragraph 18 are conclusions of law and plaintiff's characterization of its action to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

19. The allegations contained in paragraph 19 are conclusions of law and plaintiff's characterization of its action to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

20. Admits the allegations contained in paragraph 20 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 20.

21. Admits.

22. Denies the allegations contained in paragraph 22 because the allegations are too vague for to admit or deny.

23. Admits.

24. Denies the allegations contained in paragraph 24 because the allegations are too vague for to admit or deny.

25. Denies the allegations contained in paragraph 25 for lack of knowledge or information sufficient to form a belief as to their truth.

26. The allegations contained in paragraph 26 are plaintiff’s characterization of its case, to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

27. Admits.

28. The allegations contained in paragraph 28 are plaintiff’s characterization of its case, to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

29. The allegations contained in paragraph 29 are plaintiff’s characterization of its case, to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

30. The allegations contained in paragraph 30 are conclusions of law and plaintiff's characterization of its action to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

31. Admits the allegations contained in the first sentence of paragraph 31 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in the first sentence of paragraph 31. The allegations contained in the second sentence of paragraph 31 are conclusions of law and plaintiff's characterization of its action to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

32. Admits the allegations contained in paragraph 32 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 32.

33. The allegations contained in paragraph 33 are plaintiff’s characterization of its case, to which no response is

required; to the extent they may be deemed allegations of fact, they are denied.

34. Denies the allegations contained paragraph 34 for lack of knowledge or information sufficient to form a belief as to their truth.

35. The allegations contained in the first sentence of paragraph 35 are plaintiff's characterization of its case, to which no response is required; to the extent they may be deemed allegations of fact, they are denied. Admits the allegations contained in the second sentence of paragraph 35.

36. Denies the allegations contained in paragraph 36 for lack of knowledge or information sufficient to form a belief as to their truth.

37. Admits the allegations contained in paragraph 37 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 37.

38. Admits the allegations contained in paragraph 38 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 38.

39. Admits the allegations contained in paragraph 39 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 39.

40. Admits the allegations contained in paragraph 40 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 40.

41. The allegations contained in paragraph 41 are plaintiff's characterization of its case, to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

42. Admits the allegations contained in paragraph 42 to the extent supported by the documents cited, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph 42.

43. The allegations contained in paragraph 43 are plaintiff's characterization of its case, to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

44. The allegations contained in paragraph 44 are plaintiff's characterization of its case, to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

45. The allegations contained in paragraph 45 are plaintiff's characterization of its case, to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

46. The allegations contained in paragraph 46 are plaintiff's characterization of its case, to which no response is

required; to the extent they may be deemed allegations of fact, they are denied.

47. The allegations contained in paragraph 47 are conclusions of law and plaintiff's characterization of its action to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

48. Admits the allegations contained in paragraph 48 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 48.

49. Admits the allegations contained in the first sentence of paragraph 49 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in the first sentence of paragraph 49. The allegations contained in the second sentence of paragraph 49 are conclusions of law and plaintiff's characterization of its action to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

50. Defendant hereby incorporates its responses to paragraphs 1 through 50 of plaintiff's complaint.

51. Admits the allegations contained in paragraph 51 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 51.

52. The allegations contained in paragraph 52 are conclusions of law and plaintiff's characterization of its action

to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

53. The allegations contained in paragraph 53 are conclusions of law and plaintiff's characterization of its action to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

54. The allegations contained in paragraph 54 are conclusions of law and plaintiff's characterization of its action to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

55. The allegations contained in paragraph 55 are conclusions of law and plaintiff's characterization of its action to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

56. Defendant hereby incorporates its responses to paragraphs 1 through 56 of plaintiff's complaint.

57. The allegations contained in paragraph 57 are conclusions of law and plaintiff's characterization of its action to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

58. The allegations contained in paragraph 58 are conclusions of law and plaintiff's characterization of its action to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

59. Defendant hereby incorporates its responses to paragraphs 1 through 59 of plaintiff's complaint.

60. The allegations contained in paragraph 60 are conclusions of law and plaintiff's characterization of its action to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

61. The allegations contained in paragraph 61 are conclusions of law and plaintiff's characterization of its action to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

62. The allegations contained in paragraph 62 are conclusions of law and plaintiff's characterization of its action to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

63. The allegations contained in paragraph 63 are conclusions of law and plaintiff's characterization of its action to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

64. Defendant hereby incorporates its responses to paragraphs 1 through 64 of plaintiff's complaint.

65. The allegations contained in paragraph 65 are conclusions of law and plaintiff's characterization of its action to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

66. The allegations contained in paragraph 66 are conclusions of law and plaintiff's characterization of its action to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

67. The allegations contained in paragraph 67 are conclusions of law and plaintiff's characterization of its action to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

68. Defendant hereby incorporates its responses to paragraphs 1 through 68 of plaintiff's complaint.

69. The allegations contained in paragraph 69 are conclusions of law and plaintiff's characterization of its action to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

70. The allegations contained in paragraph 70 are conclusions of law and plaintiff's characterization of its action to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

71. The allegations contained in paragraph 71 are conclusions of law and plaintiff's characterization of its action to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

72. Defendant hereby incorporates its responses to paragraphs 1 through 72 of plaintiff's complaint.

73. The allegations contained in paragraph 73 are conclusions of law and plaintiff's characterization of its action to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

74. The allegations contained in paragraph 74 are conclusions of law and plaintiff's characterization of its action

to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

75. The allegations contained in paragraph 75 are conclusions of law and plaintiff's characterization of its action to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

76. The allegations contained in paragraph 76 are conclusions of law and plaintiff's characterization of its action to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

77. Denies that plaintiff is entitled to the relief requested in its prayer for relief, or to any relief whatsoever.

78. Denies each and every allegation not previously admitted or otherwise qualified.

WHEREFORE, defendant requests that plaintiff's complaint be dismissed and that defendant be granted such other and further relief as the Court may deem just and proper.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/David M. Cohen
DAVID M. COHEN
Director

s/Brian S. Smith
BRIAN S. SMITH
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530

Tele: (202) 616-0391
Fax: (202) 353-7988

Attorneys for Defendant

January 18, 2005

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on January 18, 2005, I caused this document to be served by the Court's Electronic Case Management System to all parties of record.

s/Brian S. Smith