**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| FIREMAN'S FUND INSURANCE COMPANY et al.<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Case No. 04-1692C<br>(Judge Christine O.C. Miller) |

**PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE JOINT PRELIMINARY STATUS REPORT**

Plaintiffs respectfully request an enlargement of time of 45 days, to and including April 22, 2005, to file the Joint Preliminary Status Report that is currently due on March 8, 2005.

1. On March 3, 2005, Plaintiffs' counsel conferred with Defendant's counsel who represented that he is currently in Hawaii participating in the trial of Daewoo Engineering & Construction Co. v. United States, Case No. 021914 (D. Haw.) and will not be available to meet with Plaintiffs' counsel until early April, 2005.

2. Plaintiffs' counsel and Defendant's counsel agreed to meet in early April, 2005 to discuss the above-captioned case and prepare a Joint Preliminary Status Report as required by Appendix A of the Rules of the United States Court of Federal Claims.

3. Defendant's counsel stated to Plaintiffs' counsel that he would not oppose Plaintiffs' Motion for an Enlargement of Time to File Joint Preliminary Status Report.

WHEREFORE, based on the foregoing, Plaintiffs respectfully request that the Court grant Plaintiffs' Unopposed Motion for Enlargement of Time to File Joint Preliminary Status

Report and grant an enlargement of time of 45 days, to and including April 22, 2005.

Respectfully submitted,

E. Mabry Rogers by Paul Chronis/asd

E. MABRY ROGERS
BRADLEY ARANT ROSE & WHITE, LLP
One Federal Place
1819 5th Avenue North
Birmingham, AL 35203
205-521-8000

by: PAUL E. CHRONIS
MCDERMOTT, WILL & EMERY
227 West Monroe Street
Chicago, Illinois 60614
Tel. (312) 372-2000

Attorneys for Plaintiffs

Dated: March 7, 2005

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 7th day of MARCH, 2005, I caused "PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE JOINT PRELIMINARY STATUS REPORT" to be served by the Court's Electronic Case Management System to all parties of record and caused the same to be placed in the United States mail addressed as follows:

BRIAN S. SMITH
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

AMY STOKEN DUNN