# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**FIREMAN'S FUND INSURANCE CO., *et al.*,** *

Plaintiffs, *

v. * No. 04-1692C

**THE UNITED STATES,** * (Filed Mar. 8, 2005)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Plaintiffs' unopposed motion filed on March 7, 2005, is granted. The parties shall file their Joint Preliminary Status Report by April 22, 2005.

s/ Christine O.C. Miller

**Christine Odell Cook Miller**
Judge