**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 04-1692C<br>(Judge Christine O.C. Miller) |

AGREED MOTION FOR
SUBSTITUTION OF COUNSEL OF RECORD

Plaintiff Fireman's Fund Insurance Company ("Fireman's Fund") respectfully moves for an order substituting Paul E. Chronis of McDermott, Will & Emery as counsel of record for Plaintiffs in the above-captioned case. In support of its motion, Fireman's Fund states as follows:

1. Fireman's Fund has retained the law firm of McDermott, Will & Emery to serve as National Coordinating Counsel for all claims relating to J.A. Jones Construction Company, including the present case.

2. Fireman's Fund desires that Paul E. Chronis of McDermott, Will & Emery serve as counsel of record in the present case.

3. Current counsel of record, E. Mabry Rogers, does not object to this Motion.

4. This substitution of counsel will not cause any delay in these proceedings.

WHEREFORE, for the foregoing reasons, Fireman's Fund respectfully requests the Court enter an order substituting Paul E. Chronis as counsel of record for Plaintiffs.

Respectfully Submitted,

E. MABRY ROGERS
BRADLEY ARANT ROSE & WHITE, LLP
One Federal Place
1819 5th Avenue North
Birmingham, AL 35203
205-521-8000

s/ E.Mabry Rogers
E. Mabry Rogers

PAUL E. CHRONIS
MCDERMOTT, WILL & EMERY
227 West Monroe Street
Chicago, Illinois 60614
Tel. (312) 372-2000

s/ Paul E. Chronis
Paul E. Chronis

Attorneys for Plaintiffs