# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **FIREMAN'S FUND INSURANCE CO.,** ***et al.*****,** | * | |
| Plaintiffs, | * | |
| v. | * | No. 04-1692C |
| **THE UNITED STATES,** | * | (Filed Mar. 9, 2005) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Plaintiffs' Agreed Motion for Substitution of Counsel of Record filed on March 8, 2005, is granted. Accordingly,

**IT IS ORDERED**, as follows:

Pursuant to RCFC 83.1(c)(4), Paul E. Chronis of McDermott, Will & Emery is hereby substituted as counsel of record for plaintiffs.

s/ Christine O.C. Miller

**Christine Odell Cook Miller**
Judge