# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**FIREMAN'S FUND INSURANCE CO., *et al.*,** *
Plaintiffs, *
v. * No. 04-1692C
**THE UNITED STATES,** * (Filed Apr. 25, 2005)
Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Further to the parties' Joint Preliminary Status Report filed on April 22, 2005,

**IT IS ORDERED**, as follows:

A status conference shall be held at 2:30 p.m. on Friday, September 30, 2005, in the Howard T. Markey National Courts Building. Counsel for plaintiffs shall notify the court at 202/357-6620 by September 26, 2005, if he wishes to participate by telephone conference call to be placed by the court. The parties shall be prepared to discuss the progress of discovery before the court sets the deadline requested.

s/ Christine O. C. Miller

**Christine Odell Cook Miller**
Judge