# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**FIREMAN'S FUND INSURANCE CO. *et al.*,** *

Plaintiffs, *

v. * No. 04-1692C

**THE UNITED STATES,** * (Filed Sept. 30, 2005)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

______Further to the status conference held this date,

**IT IS ORDERED**, as follows:

The parties shall file a Joint Status Report by December 15, 2006, reporting on their progress in settling the case.

s/ Christine O. C. Miller

____________________________________

**Christine Odell Cook Miller**
Judge