# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FIREMAN'S FUND INSURANCE COMPANY et al., Plaintiffs, v. THE UNITED STATES OF AMERICA, Defendant. | ) | Case No. 04-1692C (Judge Christine O.C. Miller) |

## JOINT STATUS REPORT

The parties intend to continue with the discovery/negotiation plan that was discussed with the Court at the previous status conference. Due to unrelated events beyond the parties' control, however, we have been unable to complete some of the planned events and are scheduling them to occur in the early part of 2006. We propose to report our progress to the Court and any need for the establishment of milestone dates or further proceedings in another status report to be filed on February 28, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/David M. Cohen
DAVID M. COHEN
Director

s/Brian S. Smith
BRIAN S. SMITH
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530

Tele: (202) 616-0391
Fax: (202) 353-7988

Attorneys for Defendant

s/Paul E. Chronis
McDermott, Will & Emery
227 West Monroe Street
Chicago, Illinois 60606
(312) 372-2000 (Telephone)
(312) 984-7700 (Facsimile)

Attorney for Plaintiffs