**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| FIREMAN'S FUND INSURANCE COMPANY et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Case No. 04-1692C<br>(Judge Christine O.C. Miller) |

**JOINT STATUS REPORT**

The parties have been, and will continue to, engage in negotiations according to the plan that was discussed with the Court at the status conference in October 2005. These efforts are continuing, but are complicated by the parties' desire to determine whether all claims/issues related to the project (as opposed to all claims currently before the Court – which are only part of the entire-project-related claims) can be resolved in a single settlement. We propose to continue these discussions and to report our progress to the Court (and any need for the establishment of milestone dates for discovery and/or further proceedings) in another status report to be filed on April 28, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/David M. Cohen
DAVID M. COHEN
Director

s/Brian S. Smith
BRIAN S. SMITH
Attorney

Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530
Tele: (202) 616-0391
Fax: (202) 353-7988

Attorneys for Defendant

s/Paul E. Chronis
McDermott, Will & Emery
227 West Monroe Street
Chicago, Illinois 60606
(312) 372-2000 (Telephone)
(312) 984-7700 (Facsimile)

Attorney for Plaintiffs