# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**FIREMAN'S FUND INSURANCE CO. *et al.*,** *

Plaintiffs, *

v. * No. 04-1692C

**THE UNITED STATES,** * (Filed Feb. 28, 2006)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

______Further to the Joint Status Report filed on February 27, 2006,

**IT IS ORDERED**, as follows:

The parties shall file a subsequent Joint Status Report by April 28, 2006, reporting on their progress in settling the case.

s/ Christine O. C. Miller

______________________________

**Christine Odell Cook Miller**
Judge