**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| FIREMAN'S FUND INSURANCE COMPANY et al., Plaintiffs, | ) | |
| v. | ) | Case No. 04-1692C (Judge Christine O.C. Miller) |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

**JOINT STATUS REPORT**

The parties have engaged in negotiations according to the plan that was discussed with the Court at the status conference in October 2005. These efforts will continue, but are complicated by the parties' desire to determine whether all claims/issues related to the project (as opposed to all claims currently before the Court – which are only part of the entire-project-related claims) can be resolved in a single settlement. At this time, we propose to continue these discussions while at the same time engaging in discovery that will be useful in preparing the case for trial and may enhance further settlement discussions. We propose further to report our progress to the Court (and any need for the establishment of milestone dates for discovery and/or further proceedings) in another status report to be filed on July 28, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/David M. Cohen
DAVID M. COHEN
Director

s/Brian S. Smith
BRIAN S. SMITH
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530
Tele: (202) 616-0391
Fax: (202) 353-7988

Attorneys for Defendant

s/Paul E. Chronis
McDermott, Will & Emery
227 West Monroe Street
Chicago, Illinois 60606
(312) 372-2000 (Telephone)
(312) 984-7700 (Facsimile)

Attorney for Plaintiffs