# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**FIREMAN'S FUND INSURANCE CO., *et al.*,** *

Plaintiffs, *

v. * No. 04-1692C

**THE UNITED STATES,** * (Filed May 1, 2006)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Further to the parties' Joint Status Report filed on April 28, 2006,

**IT IS ORDERED**, as follows:

The parties shall file a subsequent Joint Status Report by July 28, 2006, stating with particularity the status of discovery and other negotiations.

s/ Christine O.C. Miller

______________________________

**Christine Odell Cook Miller**
Judge