# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FIREMAN'S FUND INSURANCE COMPANY et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 04-1692C (Judge Christine O.C. Miller) |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

The parties are still scheduling the discovery events that were discussed in the last status report to the Court. Absent meaningful progress towards settlement in the next 60 days, however, the parties will confer and propose by, September 29, 2006, a full discovery schedule that includes a proposed pretrial schedule.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/David M. Cohen
DAVID M. COHEN
Director

s/Brian S. Smith
BRIAN S. SMITH
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530
Tele: (202) 616-0391
Fax: (202) 353-7988

Attorneys for Defendant

s/Paul E. Chronis
McDermott, Will & Emery
227 West Monroe Street
Chicago, Illinois 60606
(312) 372-2000 (Telephone)
(312) 984-7700 (Facsimile)

Attorney for Plaintiffs