**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY et al., Plaintiffs, v. THE UNITED STATES OF AMERICA, Defendant. | Case No. 04-1692C (Judge Christine O.C. Miller) |

**DEFENDANT'S STATUS REPORT**

Pursuant to the status report filed by the parties on July 28, 2006, defendant reports as follows. In early August, 2006, defendant's counsel was contacted by a lawyer who claimed that plaintiff's counsel of record would be replaced and that other changes were going to be implemented with regard to the substance of plaintiff's certified claim. Defendant's counsel indicated that he could not consent to any changes to the substance of the case, nor to the procedural posture of the case, without a chance to review, assess, and discuss any proposed changes. Although there have been two other contacts with the same lawyer/law firm since early August (and none from current counsel of record), no substitution of counsel has been filed by the plaintiff, no meaningful information has been provided to defendant's counsel with regard to the purported "changes" to the claim, and the only discovery events that were scheduled have been canceled. In short, this case is not being diligently prosecuted by the plaintiff and, absent meaningful and prompt invigoration of the case by whatever counsel is representing the plaintiff, defendant intends to move to dismiss the case for lack of prosecution.

This status report was provided in draft form to plaintiff's current counsel of record.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/David M. Cohen
DAVID M. COHEN
Director

s/Brian S. Smith
BRIAN S. SMITH
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530
Tele: (202) 616-0391
Fax: (202) 353-7988

Attorneys for Defendant