# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY, et al.<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA<br><br>Defendant. | Case No. 04-1692C<br><br>(Judge Christine O.C. Miller) |

## AGREED MOTION FOR SUBSTITUTION OF COUNSEL OF RECORD

Plaintiff Fireman's Fund Insurance Company ("Fireman's Fund") respectfully moves for an order substituting Robert G. Watt of Watt, Tieder, Hoffar & Fitzgerald, LLP as counsel of record for all Plaintiffs in the above-captioned case. In support of this motion, Fireman's Fund states as follows:

1. Fireman's Fund has retained the law firm of Watt, Tieder, Hoffar & Fitzgerald, LLP to represent its interests in certain matters relating to J.A. Jones Construction Company.

2. Fireman's Fund desires that Robert Watt serve as counsel of record in the present case.

3. Current counsel of record, Paul E. Chronis of McDermott, Will & Emery, does not object to this motion. Mc Dermott, Will & Emery is withdrawing its representation as part of this substitution.

4. This substitution of counsel will not cause any delay in the proceedings.

WHEREFORE, for the foregoing reasons, Fireman's Fund respectfully requests the Court enter an Order substituting Robert G. Watt as counsel of record for the Plaintiffs.

Respectfully submitted this 3rd day of October 2006.

/s/ Robert G. Watt
Robert G. Watt, Esquire
Watt, Tieder, Hoffar & Fitzgerald, LLP
8405 Greensboro Drive, Suite 100
McLean, Virginia 22102
(703) 749-1000
Fax (703) 893-8029
rwatt@wthf.com

/s/ Paul E. Chronis
Paul E. Chronis, Esquire
McDermott, Will & Emery
227 West Monroe Street
Chicago, Illinois 60614
(312) 372-2000

Attorneys for Plaintiffs

Of counsel:

Keith C. Phillips, Esquire
Watt, Tieder, Hoffar & Fitzgerald, LLP
8405 Greensboro Drive, Suite 100
McLean, Virginia 22102
(703) 749-1000
Fax (703) 893-8029
kphillip@wthf.com