# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**FIREMAN'S FUND INSURANCE CO. *et al.*,** *

Plaintiffs, *

v. * No. 04-1692C

**THE UNITED STATES,** * (Filed Oct. 20, 2006)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

______Further to Defendant's Status Report filed on September 29, 2006, and substitution of plaintiffs' counsel having been accomplished,

**IT IS ORDERED**, as follows:

The parties shall file a Joint Status Report by October 30, 2006, addressing the issues set forth in defendant's Status Report, proposing a course of further proceedings, or requesting a status conference.

s/ Christine O. C. Miller

___________________________________
**Christine Odell Cook Miller**
Judge