**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| FIREMAN'S FUND INSURANCE COMPANY et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 04-1692C (Judge Christine O.C. Miller) |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**DEFENDANT'S STATUS REPORT**

Pursuant to the Court's order of October 20, 2006, defendant reports as follows. Plaintiff's counsel has proposed to us that plaintiff will "restructure" its claim, followed by a Government review and then settlement discussions or ADR. Plaintiff believes that the proposed restructuring of the claim will not affect the original certification of the claim nor the Court's jurisdiction. This proposal is a step backward from the proposals that we agreed upon almost two years ago with plaintiff's previous counsel. Due to the plaintiff's lack of diligence regarding the previous plans, and because we do not believe that the case is particularly meritorious anyway, we are unwilling to stall the litigation further in order to conduct another settlement effort. Further, we do not agree, and cannot even assess or comment upon, the issue of whether the prospective restructured claim will create certification or jurisdiction issues.

In sum, the plaintiff has certified a claim to the Government and filed this lawsuit based upon that claim. We are prepared to move the litigation forward (including responding to any proposed amendments to plaintiff's claim and/or complaint), and propose that the Court establish a combined fact and expert discovery schedule with a firm deadline of July 1, 2007, with pretrial

proceedings and trial scheduled to take place in due course thereafter. We estimate that the trial will require at least two weeks and should take place in Little Rock, Arkansas.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/David M. Cohen
DAVID M. COHEN
Director

s/Brian S. Smith
BRIAN S. SMITH
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530
Tele: (202) 616-0391
Fax: (202) 353-7988

Attorneys for Defendant