# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**FIREMAN'S FUND INSURANCE CO., *et al.*,** *

Plaintiffs, *

v. * No. 04-1692C

**THE UNITED STATES,** * (Filed Nov. 6, 2006)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

______Further to Defendant's Status Report filed on October 28, 2006, and Plaintiffs' Status Report filed on October 30, 2006,

**IT IS ORDERED**, as follows:

A status conference shall be held at 2:30 p.m. on Tuesday, November 21, 2006, in the Howard T. Markey National Courts Building. The parties shall be prepared to set a deadline for discovery.

s/ Christine O. C. Miller

______________________________________

**Christine Odell Cook Miller**
Judge