# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**FIREMAN'S FUND INSURANCE CO., *et al.*,** *

Plaintiffs, *

v. * No. 04-1692C

**THE UNITED STATES,** * (Filed Nov. 22, 2006)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

______Further to the telephonic status conference held on November 21, 2006,

**IT IS ORDERED**, as follows:

1. Plaintiffs shall file their amended complaint by January 8, 2007.

2. All fact discovery and exchange of expert reports by shall be completed by July 2, 2007.

3. All discovery shall be completed by August 15, 2007.

4. A subsequent telephonic status conference shall be held at 2:00 p.m. on Thursday, April 12, 2007, in the Howard T. Markey National Courts Building. The parties shall be prepared to discuss the progress of discovery.

s/ Christine O. C. Miller

______________________________________

**Christine Odell Cook Miller**
Judge