**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| FIREMAN'S FUND INSURANCE COMPANY, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 04-1692C (Judge Christine O.C. Miller) |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**PLAINTIFFS' STATUS REPORT**

Plaintiffs hereby submit the following Status Report in advance of the telephonic Status Conference with the Court scheduled for April 12, 2007 at 2:00pm EDT. This Report has been discussed with defendant's counsel who concurs with the contents and the proposed schedule.

The parties have met and discussed a schedule for the continuation of discovery in this matter. Based upon significant trial commitments in other matters for both Plaintiffs' and Defendant's counsel, the existence of other pending claims related to this Project that may or may not affect the schedule for this case, as well as the substantial discovery to be done in this litigation including the retention and designation of expert witnesses, the parties propose the following discovery schedule:

| | |
|---|---|
| Close of fact discovery: | March 3, 2008 |
| Exchange expert reports: | March 3, 2008 |
| Close of all discovery: | April 18, 2008 |

We look forward to the Status Conference with the Court.

Respectfully submitted this 11th day of April 2007.

/s/ Robert G. Watt
ROBERT G. WATT
WATT, TIEDER, HOFFAR & FITZGERALD, LLP
8405 Greensboro Drive
Suite 100
McLean, Virginia 22102
(703) 749-1000 (Telephone)
(703) 893-8029 (Fax)
rwatt@wthf.com

Attorneys for Plaintiffs

Of counsel:

KEITH C. PHILLIPS
WATT, TIEDER, HOFFAR & FITZGERALD, LLP
8405 Greensboro Drive
Suite 100
McLean, Virginia 22102
(703) 749-1000 (Telephone)
(703) 893-8029 (Fax)
kphillip@wthf.com