# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**FIREMAN'S FUND INSURANCE CO., *et al.*,** *

Plaintiffs, *

v. * No. 04-1692C

**THE UNITED STATES,** * (Filed Apr. 12, 2007)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Further to the status conference held this date, the court adopts the parties' proposed schedule put forth in Plaintiff's Status Report filed on April 11, 2007. Accordingly,

**IT IS ORDERED**, as follows:

1. Paragraphs 2 and 3 of the order entered on November 22, 2006, are vacated.

2. Fact discovery shall be completed by March 3, 2008.

3. The parties shall exchange expert reports by March 3, 2008.

4. All discovery shall be completed by April 18, 2008.

5. A subsequent status conference shall be held at 2:00 p.m. on Thursday, September 20, 2007, by telephone conference call to be placed by the court. The parties shall be prepared to discuss the progress of discovery.

s/ Christine O. C. Miller

**Christine Odell Cook Miller**
Judge