IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 04-1692C<br><br>(Judge Christine Miller) |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of James W. Poirier as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

James W. Poirier
Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street, N.W.

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Tele: (202) 616-0856
Fax: (202) 514-7969

September 18, 2007

CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of September 2007, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

S/ James W. Poirier