# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**FIREMAN'S FUND INSURANCE CO., *et al.*,** *

Plaintiffs, *

v. * No. 04-1692C

**THE UNITED STATES,** * (Filed Sept. 20, 2007)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Further to the telephonic status conference held this date,

**IT IS ORDERED**, as follows:

A subsequent telephonic status conference shall be held at 2:00 p.m. on Monday, February 11, 2008, in the Howard T. Markey National Courts Building. Counsel shall participate by telephone conference call to be placed by the court. They shall be prepared to discuss the progress of discovery.

s/ Christine O.C. Miller

---

**Christine Odell Cook Miller**
Judge