IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FIREMAN'S FUND INSURANCE COMPANY, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 04-1692C |
| THE UNITED STATES, | ) | (Judge Christine Miller) |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENTS OF TIME TO COMPLETE DISCOVERY, EXPERT REPORTS, AND EXPERT DISCOVERY

Defendant, the United States, respectfully requests the Court to grant an enlargement of time of 189 days, to and including September 12, 2008, within which the parties may conduct fact discovery and exchange expert reports, and an enlargement of time of 189 days, to and including October 28, 2008, within which the parties may conduct expert discovery. These deadlines are currently March 3, 2008, and April 18, 2008, respectively. This is our first request for an enlargement of time for this purpose. Counsel for the plaintiffs (collectively, "Fireman's Fund") has authorized us to say that Fireman's Fund does not oppose this motion for an enlargement of time.

Counsel and administrative staff for the parties have worked cooperatively since early October to select and exchange a vast volume of documents. Many, many hours have been devoted to privilege review and to copying documents into a searchable electronic format. Various logistical hurdles were encountered, and eventually resolved.

A large volume of documents from Fireman's Fund were delivered to the United States in the middle of January 2008. Schedule and damages experts hired by the United States began reviewing those documents immediately thereafter.

Both Fireman's Fund and the United States have identified additional documents to be copied and exchanged. During a conference call on February 6, 2008, arrangements were made to cooperate in efforts to locate and copy such additional documents. We are hopeful that we will complete our exchange of documents within the next 30 days.

The full enlargement of time requested is needed.

By the beginning of April, both parties hope that their experts will have performed sufficient analysis so that reasonable estimates of litigation risk may be formed. We anticipate that an informal settlement conference will be conducted in April. If no settlement is immediately reached, it is likely that depositions will commence shortly thereafter.

Neither party has yet determined the identity of the deponents, but we anticipate that several people will be deposed and that the process will consume May, June and July. Few witnesses are likely to be available in August, but, based upon past experience, counsel for the parties believe that it is prudent to reserve August and the first two weeks of September to complete any remaining depositions or written fact discovery.

Like the schedule order issued by the Court on April 12, 2007, we seek a revised schedule order that permits six weeks for expert discovery.

Conclusion

For the reasons stated above, we respectfully request that our unopposed motion be granted.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: 202-616-0856
Fax: 202-514-7969

February 6, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on February 6, 2008, a copy of the foregoing "DEFENDANT’S UNOPPOSED MOTION FOR ENLARGEMENTS OF TIME TO COMPLETE DISCOVERY, EXPERT REPORTS AND EXPERT DISCOVERY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier