# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **FIREMAN'S FUND INSURANCE CO., *et al.*,** | * | |
| Plaintiffs, | * | |
| v. | * | No. 04-1692C |
| **THE UNITED STATES,** | * | (Filed Feb. 8, 2008) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Defendant's unopposed motion filed on February 6, 2008, to extend the parties' discovery schedule is granted. Accordingly,

**IT IS ORDERED**, as follows:

1. Paragraph 2 of the order entered on April 12, 2007, is modified insofar as fact discovery shall be completed by September 12, 2008.

2. Paragraph 3 of the order entered on April 12, 2007, is modified insofar as the parties shall exchange expert reports by September 12, 2008.

3. Paragraph 4 of the order entered on April 12, 2007, is modified insofar as all expert discovery shall be completed by October 28, 2008.

4. Further to a telephone conversation this date between counsel and the court's Judicial Assistant, the order entered on December 21, 2007, is modified only insofar as the status conference shall be held at 3:00 p.m. on Thursday, July 17, 2008.

s/ Christine O. C. Miller

**Christine Odell Cook Miller**
Judge