IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FIREMAN'S FUND INSURANCE COMPANY, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 04-1692C |
| THE UNITED STATES, | ) | (Judge Christine Miller) |
| Defendant. | ) | |

DEFENDANT'S NOTICE OF DEMONSTRATIVE EXHIBITS

Defendant, the United States, respectfully gives notice of demonstrative exhibits to be offered at the status conference today at 3:00 p.m. In addition to this filing, counsel intends to send courtesy copies by facsimile and to have courtesy copies available at the hearing.

The demonstrative exhibits relate to a topic that counsel for the parties have been discussing for several weeks. In brief, counsel for the United States respectfully suggests that plaintiffs have failed to articulate any plausible legal basis for its $35 million "labor shortage" claim.

As a courtesy, we will not oppose a late effort by the plaintiffs to discover and articulate some plausible legal basis, but we strenuously object to any suggestion that this case is ready to move forward toward trial until some such basis is offered. Thus, this issue is vitally important to the scheduling conference to be held today.

Four exhibits are attached.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: 202-616-0856
Fax: 202-514-7969

July 21, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on July 21, 2008, a copy of the foregoing "DEFENDANT'S NOTICE OF DEMONSTRATIVE EXHIBITS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier