## III. THE LABOR SHORTAGE CLAIM

This Request for Equitable Adjustment also relates to the labor shortage at the Project resulting from the Change Request No. PB-IOC-990003 (the "Pine Bluff Modification Part B", the "Pine Bluff Modification" or the "Modification") issued by the Corps – Huntsville to Raytheon during construction of the Pine Bluff Chemical Agent Facility (the "Pine Bluff Project" or "Pine Bluff"). See Exhibit E. Due to Government-caused delays, the Montgomery Point Project and Pine Bluff Project schedules ran concurrently and neither project could hire sufficient labor from within Arkansas. The Joint Venture had anticipated that the Arkansas labor force would be insufficient and bid the Montgomery Point Project intending to rely on labor largely from outside of Arkansas, supplemented by in-state labor. Despite these reasonable and prudent steps by the Joint Venture, the Corps – Huntsville created a labor shortage at the Montgomery Point Project by issuing the Pine Bluff Modification to Raytheon. The Modification allowed Raytheon to hire a disproportionate number of Arkansas employees and simultaneously to recruit labor from markets outside Arkansas, which Raytheon had not substantially undertaken prior to the Modification. The increased costs and critical path delays incurred by the Joint Venture due to the labor shortage created by the Corps establish the basis for the second part of this Request for Equitable Adjustment.

As will be set forth in greater detail below, the Joint Venture reasonably determined from J.A. Jones Construction Company's ("J.A. Jones") work at the Arkansas River Dam No. 2 Hydropower project (the "Arkansas Hydropower Project" or "Arkansas Hydropower") that Arkansas could not provide a sufficient labor force for the Montgomery Point Project. Accordingly, the Joint Venture's bid included costs for

transporting a significant portion of the Project's labor force from Mississippi and surrounding states across the Mississippi River to the jobsite. On the other hand, Raytheon had bid the Pine Bluff Project in reliance on the Arkansas labor force and, as a result, suffered a labor shortage. Under political pressure from international disarmament treaty deadlines to finish the Pine Bluff Project on schedule, the Corps - Huntsville responded to Raytheon's labor shortage by issuing the Pine Bluff Modification on May 19, 2000. The Modification compensated Raytheon for increased wages it paid to its workforce, which allowed Raytheon to attract additional labor from Arkansas and of greater detriment to Montgomery Point, from Mississippi and other surrounding states. The Corps' Modification to the Pine Bluff Contract wholly subsidized Raytheon's successful labor increase and severely disadvantaged the Montgomery Point Project.

The labor shortage caused by the Pine Bluff Modification constitutes a breach of the Government's duty of good faith and fair dealing, a constructive change and the non-disclosure of superior knowledge. Notice to the Government of the labor shortage was furnished by the Joint Venture in February 2002, as soon as the cause of the labor shortage, the Pine Bluff Modification, was discovered. The Joint Venture incurred significant additional direct costs and critical path delays to complete the Montgomery Point Project during the period of the labor shortage. The Sureties submit this amended Request for Equitable Adjustment for an increase in the Contract Price of $32,529,336 and an extension of the Contract Time of performance of the work by 355 calendar days, plus the release of all liquidated damages being withheld by the Corps.