# J.A. Jones/Atkinson Claim Presentation

Made to COE Claim Team
October 7, 2003
Little Rock, AR

# Geographical Proximity

***Pine Bluff and Montgomery Point labor market***



# Jones/Atkinson's Plan

- Draw workers from Ark Hydro market
  - 1 million MH project with similar work
  - Ark Hydro was closer to Montgomery Point
  - Craftsmen already had a good relationship established with J/A's supervisors
- Supplement from Mississippi and travelers

# What we know... (cont'd)

***J/A received lower quality labor***

- Turnover was much higher than expected
  - 67% voluntary quits v. 19% for Pine Bluff
  - 36% of employees left within 30 days
  - High turnover rate required J/A to hire an additional payroll/HR clerk (child support, garnishments, etc.)
- J/A supervisors will testify workers required more training than at Ark Hydro
  - Staff will also testify that many workers overstated their skills to gain employment