Google Maps

Text the word "GMAPS" to 466453



Google Maps
Text the word "GMAPS" to 466453

