# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**FIREMAN'S FUND INSURANCE CO., *et al.*,** *

Plaintiffs, *

v. * No. 04-1692C

**THE UNITED STATES,** * (Filed July 22, 2008)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The parties participated in a lengthy status conference on July 21, 2008, which addressed the circumstances that have caused discovery in this case to be developed over a protracted time frame. Once again, it appears that agreed-upon dates for completion of discovery are not realistic. Therefore, the parties cannot commit to observe the deadlines established by the order entered on February 8, 2008. The parties are advised that the court intends to try the case by March 31, 2009, and that they should make no commitments for trial dates that will interfere with addressing this case during March 2009. The court will set new deadlines for discovery at the next status conference or argument, whichever first takes place. Accordingly,

**IT IS ORDERED**, as follows:

1. Paragraphs 1-3 of the order entered on February 8, 2008, are vacated.

2. As soon as practicable, plaintiffs shall serve on defendant separate interrogatories to be answered by Terry Stewart and Daniel Clemans, and defendant shall serve the responses on plaintiffs by no later than August 15, 2008.

3. By July 31, 2008, defendant shall deliver to the court for signing and filing a proposed Protective Order concerning third-party examination of government electronic stored information, to which plaintiffs have concurred. Plaintiffs will be responsible for the costs associated with the third-party review, as well as copying documents from that review.

Plaintiffs will not be responsible for the cost of providing one copy of each document to defendant; defendant has waived receipt of its copies of the documents copied.

4. By August 5, 2008, plaintiffs shall file a preliminary statement of their claim based on damages for causing a labor shortage.

5. On August 12, 2008, defendant shall file its comments and questions concerning the preliminary statement of claim.

6. On August 15, 2008, plaintiffs shall file their final statement of the claim based on labor shortage.

7. By August 20, 2008, defendant shall advise informally the court's Judicial Assistant, Ms. Gundling, at 202-357-6620, whether defendant intends to file a motion to dismiss the claim based on labor shortage, and, if so, shall provide a proposed briefing schedule, approved by plaintiffs, for entry by the court. At any time after August 5, 2008, defendant may advise plaintiffs and the court, informally, that it accepts plaintiffs' statement of claim (and advise of a proposed briefing schedule) or that the parties have agreed to the factual parameters for the claim and will file within five days a stipulation to guide discovery on the claim.

8. A subsequent status conference will be held at 3:00 p.m. on Friday, November 14, 2008, in the Howard T. Markey National Courts Building.

s/ Christine O.C. Miller

______________________________

**Christine Odell Cook Miller**
Judge