IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FIREMAN'S FUND INSURANCE COMPANY, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 04-1692C |
| THE UNITED STATES, | ) | (Judge Christine Miller) |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE A MOTION FOR A PROTECTIVE ORDER

Defendant, the United States, respectfully requests the Court to grant an enlargement of time of seven days, to and including August 7, 2008, within which the United States may file a motion for a protective order. Our motion is currently due to be filed by July 31, 2008. This is our first request for an enlargement of time for this purpose. Counsel for the plaintiffs (collectively, "Fireman's Fund") has authorized us to say that Fireman's Fund does not oppose this motion for an enlargement of time.

In light of discussions with the Court at the status conference, held on Monday, July 21, 2008, counsel for the United States has proposed a streamlined approach to document production. This approach would not involve any protective order requiring the contractor for Fireman's Fund to maintain the confidences of the United States. Instead, the United States would perform a privilege review of a streamlined document collection, and produce the non-privileged documents to Fireman's

Fund. The streamlined approach would save both parties money, labor, and time. Fireman's Fund has not yet agreed to this approach.

During the next week, as negotiations continue, the United States plans to produce a very large collection of non-privileged email to Fireman's Fund. We believe that this email will satisfy Fireman's Fund's highest priority requests.

The full enlargement of time requested is needed.

The United States has researched certain details concerning the remaining electronic documents informally requested. The United States has spoken on the telephone with counsel for Fireman's Fund regarding these matters, and counsel have exchanged correspondence. However, the United States intends to double-check certain matters before concluding negotiations with Fireman's Fund, and before making any motion to this Court.

For the reasons stated above, we respectfully request that our unopposed motion be granted.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: 202-616-0856
Fax: 202-514-7969

July 31, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on July 31, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE A MOTION FOR A PROTECTIVE ORDER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier