IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FIREMAN'S FUND INSURANCE COMPANY, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 04-1692C |
| THE UNITED STATES, | ) | (Judge Christine Miller) |
| Defendant. | ) | |

DEFENDANT'S NOTICE REGARDING PROTECTIVE ORDER

Defendant, the United States, respectfully gives notice that the parties have agreed that the United States will produce electronic documents following privilege review. Accordingly, the protective order to permit plaintiffs' contractor to have access to privileged documents will not be necessary, and the United States will not file a motion for a protective order by August 7, 2008 -- as contemplated by the Court's scheduling orders.

The United States is today sending by messenger a large volume of e-mail and other documents to plaintiffs' counsel. The United States plans to produce the remainder of its non-privileged documents by August 29, 2008.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: 202-616-0856
Fax: 202-514-7969

August 6, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on August 6, 2008, a copy of the foregoing "DEFENDANT'S NOTICE REGARDING PROTECTIVE ORDER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier