U. S. Department of Justice

Civil Division

JED:FEW:JWPoirier
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

Telephone:
(202) 616-0856

*Washington, D.C. 20530*

July 28, 2008

**By Email And First Class Mail**

Robert Watt, Esq.
Watt, Tieder, Hoffar & Fitzgerald
Suite 100
8405 Greensboro Drive
McLean, Virginia 22102

Re: Fireman's Fund v. United States,
No. 04-1692C (Fed. Cl.)

Dear Bob:

Enclosed are three draft summary exhibits based upon datebases that your client produced to Jim Daugherty. If you have any trouble identifying the source documents, then please let us know so that we can resolve any confusion.

Please identify any errors, or stipulate that our summaries are accurate by August 6, 2008. We intend to reference the summaries when we file our response on August 12, 2008.

Thank you for the many courtesies that you have shown me. If you have any questions, please do not hesitate to call me at (202) 616-0856.

Very truly yours,

James W. Poirier
Trial Attorney
Commercial Litigation Branch

cc: Jim Daugherty, Esq.

# SUMMARY EXHIBIT 1001

**J. A. Jones Payroll Data**
**7/1/1997 to 6/30/2003**
(Includes 55 People Hired prior to July 1997)

Montgomery Point Lock and Dam

1,491 Unique Names

| | |
|---|---|
| Laborers | 625 |
| Carpenters | 396 |
| Ironworkers | 170 |
| Operators | 115 |
| Cement Masons | 75 |
| Pile Drivers | 67 |
| Truck Drivers | 31 |
| Misc. | 13 |

Source: J. A. Jones Payroll Database in Excel produced to James R. Daugherty, Esq. by attorneys for J. A. Jones, Inc.

**Raytheon Payroll Data**
**11/18/1998 to 8/12/2003**

Pine Bluff Arsenal Incinerators

3,499 Names with Re-hires

| | |
|---|---|
| Electricians | 765 |
| Pipefitters | 498 |
| Laborers | 475 |
| Carpenters | 461 |
| Painters | 442 |
| Ironworkers | 405 |
| Cement Masons | 195 |
| Operators | 143 |
| Boilermakers | 64 |
| Millwrights | 62 |
| Teamsters | 41 |
| Misc. | 8 |

Source: Raytheon Payroll Database in Excell produced to James R. Daugherty, Esq. by attorneys for J. A. Jones, Inc.

DRAFT
7/28/2008

# SUMMARY EXHIBIT 1002

## CARPENTERS

**From Montgomery Point to Pine Bluff** **3**

Condry, Michael D.
Judkins, Bobby G.
Morman. Kieth E.

**From Pine Bluff to Montgomery Point** **7**

Condry, Michael D.
Judkins, Bobby G.
Dodson, William L.
Jaggers, Gary D.
Jaggers, Jerry L.
Nelson, Jeffery D.
Pittman, Shervy L.

**NET GAIN FOR PLAINTIFF'S PROJECT** **4**

Sources: J. A. Jones Payroll Database and Raytheon Payroll Database in Excel produced to James R. Daugherty, Esq. by attorneys for J. A. Jones, Inc.

DRAFT
7/28/2008

# SUMMARY EXHIBIT 1003

## CEMENT MASONS

**From Montgomery Point to Pine Bluff** **5**

McKinzie, Ronnie J.
Stevenson, Elijah
Williams, Carl L.
Williams, James E.
Harris, Mitchell L.

**From Pine Bluff to Montgomery Point** **13**

Butts, Benny L.
Harris, Mitchell L.
Johnson, Robert
Johnson, Tyrone R.
Majors, Christopher A.
Mays, Bennet J.
McGee, Fredrich S.
O'Bryant, LaGarret M.
Parker,David
Seastong, Joseph O.
Torres, Manuel D.
Turner, Alvin R.
Jiles, Johnnie

**NET GAIN FOR PLAINTIFF'S PROJECT** **8**

Sources: J. A. Jones Payroll Database and Raytheon Payroll Database in Excel produced to James R. Daugherty, Esq. by attorneys for J. A. Jones, Inc.

DRAFT
7/28/2008

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FIREMAN'S FUND INSURANCE COMPANY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Case No. 04-1692C<br>(Judge Christine O.C. Miller) |

**PLAINTIFFS' ANSWERS AND OBJECTIONS TO**

**DEFENDANT'S FIRST SET OF INTERROGATORIES AND**

**RESPONSES TO REQUEST FOR THE PRODUCTION OF DOCUMENTS**

COMES NOW the Plaintiffs, Fireman's Fund Insurance Company, American Home Assurance Company, Fidelity and Deposit Company of Maryland, and Universal Underwriters Insurance Company, and J.A. Jones Construction Company and Guy F. Atkinson Construction Company, a Joint Venture, and in answer to Defendant's First Set of Interrogatories previously propounded upon it, states as follows:

**General Objections**

1. Plaintiffs Object to Defendant's interrogatories to the extent they are overly broad, vague, unduly burdensome, oppressive, ambiguous, or harassing, and to the extent that they seek information that is not relevant to any material issue in the case and not likely to lead to the discovery of admissible evidence.

Based upon information and belief, the Joint Venture provided more overtime than anticipated at bid time to increase weekly wages to attract the levels of manpower that were attained. Based on information and belief, the following overtime was paid: (1) Laborers, Year 2000 - $129,755.30, 2001 - $467,937.56; (2) Carpenters, 2000 - $128,948.03, 2001 - $643,476.00; (3) Piledrivers, 2000 - $111,645.75, 2001 – $103,294.96; (4) Operators, 2000 - $208,950.53, 2001 - $487,488.51; (5) Electricians, 2000 - $14,232.00, 2001 - $7,299.75; (6) Ironworkers, 2000 - $63,537.02, 2001 - $186,049.95; (7) Truck Drivers, 2000 - $19,084.50, 2001 - $59,017.24; (8) Finishers, 2000 - $13,478.03, 2001 - $141,515.01; (9) Totals, 2000 - $689,631.16, 2001 - $2,096,078.98. Based on information and belief, documentation of the overtime pay will be produced.

Based on information and belief, Doug Sickle, Fran Purvis, Steve Macon and William McPherson are the employees or manager responsible for each such activity.

**Interrogatory No. 7:**

Please describe in reasonable detail the "extraordinary efforts" to attract employees by "[h]iring professional recruiters," including the dates when each such activity took place, and the employee or manager who was responsible for each such activity.

**Response:**

Plaintiffs incorporate herein the foregoing General Objections. Further, Plaintiffs object to this interrogatory on the grounds that it is overly broad and unduly burdensome. Additionally, Plaintiffs object to this interrogatory to the extent it seeks information contained in business records and other documents that are being produced in connection

with this action, in response to Defendant's document requests or otherwise, and the burden of deriving or ascertaining the requested information is substantially the same for Defendant as for Plaintiffs. Notwithstanding, and without waiving any privileges or the foregoing objections, Plaintiffs provide the following response to the Defendant's Interrogatory:

Based upon information and belief, the Joint Venture hired the professional recruiting firm Labor Finders in 2001, 2002 and 2003, which was not anticipated at bid time, to attract the levels of manpower that were attained. Based on information and belief, documentation of the contract with Labor Finders will be produced. Furthermore, information regarding employees hired through Labor Finders is located in documents produced to the Defendant and it is unduly burdensome and overly broad to request the dates when each such activity took place. Based on information and belief, Doug Sickle, Fran Purvis, Steve Macon and William McPherson are the employees or manager responsible for each such activity.

**Interrogatory No. 8:**

Please reasonable describe in detail (sic) the "extraordinary efforts" to attract employees by "[u]se of contract labor brokers," including the dates when each such activity took place, and the employee or manager who was responsible for each such activity.

**Response:**

See Response to Interrogatory No. 7.

**Interrogatory No. 9:**

**Documentation for Interrogatory No. 7**

JA Jones / Atkinson Constructors, a Joint Venture
P. O. Box 849
Rosedale, MS 38769



# SUBCONTRACT CHANGE ORDER NO.: 0006-97074

## SUBCONTRACT NO.: 97074-035

## DATE: May 17, 2001

SUBCONTRACTOR:

Labor Finders
P. O. Box 191803
Little Rock, AR, 72219-11803

Attn: Tracy Wallace

PHONE: (501) 565-9632
FAX: (501) 565-1354

DATE OF C.O.: 01/10/03

PLEASE MODIFY SUBCONTRACT ABOVE REFERRED TO AS HEREIN SPECIFIED.
RENDER INVOICES IN ACCORDANCE WITH SUBCONTRACT AS MODIFIED.
COMPLY WITH ALL TERMS AND CONDITIONS OF SUBCONTRACT.

| ITEM NO. | ACCOUNT NO. | APPROX. QUANTITY | DESCRIPTION | PRICE | UNIT | TOTAL |
|---|---|---|---|---|---|---|
| | | | Please make the following changes: | | | |
| 1 | 95-0097-000<br>CC: 40 | | Provide additional monies to the original subcontract not to exceed amount of $1,000,000.00. | | | $1,000,000.00 |
| | | | **VALUE OF SUBCONTRACT prior to this Change Order:** | | | $4,000,000.00 |
| | | | **ADD this change order:** | | | $1,000,000.00 |
| | | | **TOTAL ADJUSTED SUBCONTRACT AMOUNT including this Change Order:** | | | $5,000,000.00 |
| | | | All other Terms and Conditions of the original Subcontract remain the same and apply to this Change Order. | | | |

Agreed and Accepted by **Subcontractor:**

BY: ______________________

Agreed and Accepted by **JA Jones/Atkinson Constructors, a J.V.**

BY: ______________________

Distribution: SubFile

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FIREMAN'S FUND INSURANCE COMPANY, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 04-1692C |
| THE UNITED STATES, | ) | (Judge Christine Miller) |
| Defendant. | ) | |

DECLARATION OF TRACY WALLACE

I, Tracy Wallace, hereby state as follows:

1. During the period from January 2001 until the present, I have been employed as regional manager for JAF, Inc. (dba Labor Finders). JAF, Inc. offers temporary employee services in Arkansas. During the period from January 2001 until the present, most of JAF, Inc.'s employees have been employed in the construction business.

2. On June 1, 2001, JAF, Inc. entered into a contract with J.A. Jones Construction Company and Guy F. Atkinson Construction Company, a Joint Venture ("joint venture"). The initial contact leading to this contract was a call from Ms. Fran Purvis to me. After the contract was signed, I was principally responsible for administering the contract from its beginning until its conclusion in 2004.

3. In general, JAF, Inc. supplied carpenters with special experience in commercial or heavy construction work to the joint venture for work on a dam under construction at Montgomery Point, Arkansas.

4. During the entire period of contract performance, I do not recall that Ms. Fran Purvis, or anyone else, ever suggested to me that there was a labor shortage caused by a Federal project at the Pine Bluff arsenal.

5. During the period of contract performance, JAF, Inc. used a variety of methods to recruit employees. For example, JAF, Inc. distributed flyers at various locations. For another example, JAF, Inc. contacted carpenters who had worked for JAF, Inc. in connection with the construction of buildings for the commercial building industry.

6. During the period of contract performance, one method of recruiting employees for the Montgomery Point dam project was far more successful than any other method employed by JAF, Inc. JAF, Inc. solicited carpenters who had formerly been employed by Beers Construction Company ("Beers") to work on a stadium at the University of Arkansas in Fayetteville, and JAF, Inc. solicited carpenters referred to JAF, Inc. by such former employees of Beers.

7. It is my recollection that work at the Fayetteville stadium had recently ended, or that the scope of work there had been reduced, just after the commencement of the JAF contract with the joint venture, and therefore many carpenters who had been working on the Fayetteville stadium were available in the labor market.

8. It is my recollection that many of the carpenters who had been employed by Beers to work on the Fayetteville stadium were from the area of Memphis, Tennessee.

9. The branch manager for the Springdale, Arkansas branch of JAF, Inc. informed me that there was a pool of carpenters with experience in commercial carpentry who had been working on the Fayetteville stadium that we might be able to recruit. We made telephone calls to such carpenters, and we recruited many of them for the Montgomery Point dam project.

10. During the period from 2001 until 2004, we were able to recruit carpenters with experience in commercial carpentry for the Montgomery Point dam project for $16 to $17 per hour net pay (with overtime pay at time and a half), plus $20 per diem. This rate was sufficient to attract carpenters with experience in commercial carpentry throughout the period of contract performance.

11. JAF, Inc. charged the joint venture approximately $31.95 per hour, plus the $20 per diem amount. The additional charge to the joint venture included Federal tax and State tax withholdings, worker compensation insurance, general liability insurance, and JAF, Inc. overhead and profit.

12. For comparison purposes, JAF, Inc. was able to hire carpenters with home remodeling type skills for approximately $10 per hour net pay during the period of contract performance.

13. The most frequent and significant difficulty encountered by JAF, Inc. in its efforts to recruit and keep carpenters for the Montgomery Point dam project was the remote location and the inferior living conditions at the few local motels and camp grounds. Mosquitos were also a significant problem for carpenters working night shifts.

14. I do not recall hearing that any carpenters refused work at Montgomery Point in order to work at the Pine Bluff arsenal.

15. I do recall hearing that many carpenters abandoned work at the Montgomery Point dam in order to work on the Greenville bridge project in Greenville, Mississippi.

16. My recollection is that the joint venture was generally satisfied with the carpenters that JAF, Inc. provided. I estimate that only a few carpenters provided by JAF, Inc. were fired for performance reasons.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief. Executed on this 8th day of August, 2008.

Tracy Wallace

Tracy Wallace
Regional Manager
JAF, Inc.

**VA MEDICAL CENTER, 500 WEST FORT STREET, BOISE, ID 83702-4598**

89 -- ... K AND DAIRY PRODUCTS SOL 531-3-95 DUE 071294 POC Contact Po... . LIQUIN, (208)338-7237, Contracting Officer, LINDA L. LIQUINR, (2... . Additional Contact, CAROL GRANT BARR, (208)338-7231 Provide milk ... products for the VAMC, Boise, ID for the period of October 1, 1994 through September 30, 1995. Solicitation documents will be issued on or about July 12, 1994. All responsioble sources which submit a bid will be considered. Subject to the availability of FY95 funding. Requests for solicitation documents must be in writing and may be by facsimile at (208) 338-7237. (0173)

**VA MEDICAL CENTER, 500 WEST FORT STREET, BOISE, ID 83702-4598**

89 -- BREAD AND BAKERY PRODUCTS SOL 531-5-95 DUE 072194 POC Contact Point, LINDA L. LIQUIN, (208)338-7237, Contracting Officer, LIDNA L. LIQUIN, (208)338-7237, Additional Contact, CAROL GRANT BARR, (208)338-7231 Provide bread and bakery products for the VAMC, Boise, ID for the period of October 1, 1994 through September 30, 1995. Solicitation documents will be issued on or about July 12, 1994. Rquests for solicitaiton packages must be in writing and may be by facsimile at (208) 338-7239. All responsible sources may submit a bid which will be considered. Subject to the availability of FY95 (0173)

## 91 Fuels, Lubricants, Oils, and Waxes

**Defense Fuel Supply Center, Cameron Station, Alexandria, VA 22304-6160**

91 -- FUEL OIL, BURNER, GRADE FS-1, NSN: 9140-00-286-5294, QUANTITY 12,550,000 U. S. GALLONS SOL DLA600-93-R-0107-0001 DUE 072994 POC Contact R. Mann/Contract Specialist, R. B. Bone/Contracting Officer, (703) 274-8302 Modification. This synopsis was originally published in the CBD 10 Jun 94. This modification is issued to change the Closing Date to 29 July 1994 at 3:00 p.m. Eastern Daylight Time. Additionally, the following statement is added to the Description (Section 17): This procurement is subject to the Utility Burden-sharing Agreement, in which the Government of Japan reimburses the United States for utility fuels ... including the cost of heating fuel (FS-1). The Agreement requires that to be el... ...mbursement, product must be delivered from a Japanese source. All other ... the original synopsis remains the same. (0173)

## 95 Metal Bars, Sheets, and Shapes

**Defense Industrial Supply Center, 700 Robbins Ave, Phila PA 19111-5096**

95 -- METAL SHEET, ALUMINUM ALLOY SOL SP0500-94-R-A295 DUE 083094 POC Contact: DISC-PODA:215-697-3398 for copies of Solicitation. Contracting Officer: David Katz/YAA11/ext:5000 Buyer: Steve Deery/YAA20/ext-0291 PR-NO: YPI94034001086 NSN 9535-00-203-5746, see CTDF above. 850-SH Del to Texarkana TX 75507 Del by 11 Jan 94. RFP due date: 30 Aug 94. Specs: QQ-A-250/8 Ally 5052 T/H24/H34 predominant mater: Aluminum incremental bidding primary qty: 1001St alt qty: 2002ND alt qty: 400 destinations: 1 SW3100 Mechanicsburg PA 17055-0789 delivery schedule: 60 days size standard: 500 NOTE 1 applies. All responsible sources may submit offer which DISC shall consider(0173)

**US Postal Service, Purchasing Service Center, 850 Cherry Avenue, San Bruno, CA 94099-6261**

95 -- PSIN 1577C, METAL LETTER BUNDLE & DROP UNIT Sol 052684-94-A-E336. Due 072595. Contact Marianne Ellis, Contracting Officer, (415) 794-6241. The US Postal Service intends to purchase 675 each of PSIN 1577C, Metal Letter and Bundle Drop Unit for delivery to postal facilities located in Topeka KS and Somerville NJ. Requests for solicitation must be in writing. No telephone calls for this solicitation package will be accepted. Solicitation will be issued o/a 6/24/94. (172)

## 99 Miscellaneous

**US Army Armament, Munitions & Chemical Command Attn: AMSMC-PAM-AS (EEM), Rock Island, IL 61299-6000**

99 -- CHEMICAL DEMILITARIZATION Sol. DAAA09-92R0351. Due 110394. Contact the Contract Specialist: Nina McDermott, (309)782-6095, Procuring Contracting Officer is: Leslee Lamere (309)782-3469. The Program Manager for C... ...milliarization, in conjuction with HQ, AMCCOM, Rock Island, IL and the ... neers, Huntsville, AL, intend to build a chemical stockpile disposal facility ... of Arsenal, Pine Bluff, AR. The estimated price range of the construction portion of the contract is over $10 million. The successful contractor will be the systems contractor. The systems contractor shall require complex construction of the chemical demil facility, installation of equipment, systemization of equipment, operation of the facility, and closure of the facility upon completion of the operations. This contract will involve significant environmental and surety oversight. A preproposal conference will be held. A cost plus award fee contract with firm fixed price elements (for construction and equipment installation) is contemplated. Information regarding options: laundry, munitions transportation and ultimate facility disposition/demolition can be found in this solicitation. Copies of solicitation DAAA09-92-R-0351 may be obtained by requesting a copy in writing to the contracting officer, HQ, AMCCOM, AMSMC-PAE-D, Rock Island, IL 61299-6000. Telephone requests will not be honored. The basic solicitation will be sent at no charge. For those who want a complete solicitation package (including all drawings and specifications), send a check or money order to the contracting officer in the amount of $2,400 made payable to the Treasury of the United States. Each company will be limited to five purchased sets of drawings. Estimated issue date of this solicitation is 070694. (173)

**US Army Armament, Munitions & Chemical Command Attn: AMSMC-PAM-AS (EEX), Rock Island, IL 61299-6000**

99 -- CHEMICAL DEMILITARIZATION Sol. DAAA09-92R0374. Due 110394. Contact the Contract Specialist: Ron Ballard (309)782-4378, Procuring Contracting Officer is: Leslee A Lamere (309)782-3469. The Program Manager for Chemical Demilitarization, in conjunction with HQ, AMCCOM, Rock Island IL, and the Corps of Engineers, Huntsville, AL, intend to build a chemical stockpile disposal facility at Umatilla Depot Activity, Hermiston, OR. The estimated price range of the construction portion of the contract is over $10 million. The successful contractor will be the systems contractor. The systems contractor shall require complex construction of the chemical demil facility, installation of equipment, systemization of equipment, operation of the facility, and closure of the facility upon completion of the operations. This contract will involve significant environmental and surety oversight. A preproposal conference will be held. A cost plus award fee contract with Firm Fixed Price elements (for construction and equipment installation) is contemplated. Information regarding options i.e., munitions transportation, bus service, laundry, and ultimate facility disposition/demolition can be found in this solicitation. Copies of solicitation DAAA09-92-R-0374 may be obtained by requesting a copy in writing to the Contracting Officer, HQ, AMCCOM, ATTN: AMSMC-PAE-D, Rock Island IL 61299-6000. Telephone requests will not be honored. The basic solicitation will be sent at no charge. For those who want a complete solicitation package (including all drawings and specifications), send a check or money order to the Contracting Officer in the amount of $2,400 made payable to the Treasury of the United States. Each company will be limited to 5 purchased sets of drawings. Estimated issue date of this solicitation is 070694. (173)

**Directorate of Contracting, Bldg 4022, Ft Knox, Ky 40121-5000**

99 -- VIDEO TAPES SOL DABT23-94-R-0033 DUE 080894 POC Sarah Taylor, Contract Specialist, 502-624-4947 or 3845. The Directorate of Contracting, Fort Knox, Kentucky intends to contract on a Sole Source basis with Lee Dubois Tecnnologies, Birmingham, Alabama the following items: Video Tape Sets of the Lee Dubois "Let the Customer Buy" course, 46 sets each of 1/2" VHS Video Tape Format to include the Viewer's Guide. 46 sets each. The sets shall include tapes entitled: The Science Of Consultive Selling; Customer, First, Last And Always; Planning Your Call Strategy; Making A Favorable First Impression; Eliminate, I'm Not Interested; Communicating Your Unique Advantage; Know When To Close; Listening, Watching, Ready For Closing; Order Asking Questions; Lose The Fear Of The Explosive, NO; Don't Fight The Prospect; Reducing The Impact Of The Prospect's Concerns; The Strength Of Emotional Appeal; Eliminate, "I Want To Think It Over"; The Telephone As A Sales Tool; The Secret of Your Success. Copyright License for reproducing 6000 copies of the Viewer's Guide, 1 Lot. The required delivery is October 7, 1994. Other concern's having the ability to furnish the above items are required to provide written notification (including the name and telephone number of a point of contact) to the procuring Office listed in this notice with reference made to the RFP number within 45 calendar days from the date of the publication. The items are in support of the U.S. Army Recruiting Command training program. All items will be delivered to Fort Knox, Kentucky. NOTE 22 APPLIES. (0173)

**National Park Service, Harpers Ferry Center, Office of Procurement, Post Office Box 50, Taylor Street, Harpers Ferry, West Virginia 25425**

99 -- DENALI NATIONAL PARK AND PRESERVE EXHIBITS SOL 1443-RP-1100-94-021. DUE 072994. Contract Specialist, Annette Absnire, 304/535-6495. The National Park Service, Harpers Ferry Center, is soliciting proposals for the fabrication of museum exhibits for Denali National Park and Preserve. The Contractor shall be required to provide all labor, materials, facilities, and transportation necessary to fabricate and install museum exhibits. Work includes: Postaward Conference at Harpers Ferry Center, Harpers Ferry, West Virginia; site visit to Denali National Park, drawings, fabrication of exhibit structures, photographs, murals, graphics, mountain relief model, existing photomural refinishing, panels, acrylicwork, graphic rails, moveable carts, moveable storage and seating units, information design, lighting, sales desk, transportation of exhibits, and installation of all exhibits. The Government anticipates award of a Firm-Fixed-Price Contract. All requests must be submitted in writing to Robin Butler, Procurement Technician. Envelope requesting RFP shall be marked as follows: 1443-RP-1100-94-021, Denali Exhibits Award of this solicitation is subject to the availability of funds. Availability of this solicitation is limited and will be furnished on a first come, first served basis until the supply is exhausted. This solicitation is totally set aside for a small business, Sic Code 3999, size standard of 500 employees. (172)

**Fleet and Industrial Supply Center, Regional Contracting Department, Code 201.2EC, 1968 Gilbert Street, Suite 600, Norfolk, VA 23511-3392**

99 -- PAGER SERVICE SOL N00189-94-R-0213 DUE 081094 POC Emanuel Clemons, Contracting Specialist, (804)444-7248; Jeanie Thorne, Contracting Officer (804)444-2669 Pager and Maintenance services for eighty (80) government owned NEC message cards for the period of 01 oct 1994 thru 30 September 1995, services to consist of nationwide frequent usage air time, maintenance and international paging se... ...on demand. Required for COMNAVSPECWARDEVGRU, Virginia Beach, VA-- Request for RFP must be directed in writing to the Regional Contracting Department, Fleet and Industrial Supply Center, 1968 Gilbert Street, Suite 600 Attention: Bid Clerk, Code 201, Norfolk, VA 23512-5100. When requesting copies of the solicitation be prepared to state name, address, and solicitation number. All responsible sources may submit an offer which shall be considered. Facsimile requests to telephone (804)445-1761, Attention Code 201-Bid Clerk. (0173)

**Department of Transportation, Federal Aviation Administration, Attn: Acquisition Section, ASW-55, Fort Worth, TX 76193-0055**

99 -- PUCHASE OF RADAR/VIDEO COMPRESSION/DECOMPRESSION SYSTEMS AND ACCESSORIES, INSTALLATION, TESTING, AND ON-SITE MAINTENANCE TRAINING, ARCATA MODEL RVCS OR EQUAL, VARIOUS LOCATIONS Sol DTFA07-94-R-00045. Due 072994, contact: Ms. Vinessa M. Archer, Contracting Officer, (817) 222-4335. Correction: This action originally publicized in the CBD dated 6/6/94, should include the following statement: Basic contract period will be from September 15, 1994 through September 14, 1995, and the solicitation will contain three (3), one (1) year option periods. All other information publicized in the original synopsis is correct. (172)

**US Army Armament, Munitions & Chemical Command Attn:, AMSMC-Pam-As (Eet), Rock Island, IL 61299-6000**

99 -- MISCELLANEOUS PRODUCTION SOL DAAA09-94R0227 DUE 081294 POC Contact the Contract Specialist: Darby Mitchell (309)782-5599, procuring Contracting Officer is: John Hayden (309)782-3420. Envirocare will bury NormFlow activity and mixed waste. Published for subcontracting purposes only. Estimated issue date of this Solicitation is 071394. The sole source contractor for this proposed contract action is: Envirocare of Utah Inc. 46 W Broadway, STE 240, Salt Lake City UT, 84101. If interested contact the sole source contractor Envirocare of Utah for subcontracting possibilities. Interested vendors should contact prime contractor listed above. (0173)

**U.S.Army Aviation and Troop Command (ATCOM), 4300 Goodfellow Blvd., St. Louis, MO 63120-1798 Attn: AMSAT-A-PSLF**

99 -- VARIOUS SPARES FOR THE AN/PSS-12 MINE DETECTING SET SOL DAAK01-94-R-0087 DUE 081594 POC Gigi Glasner/AMSAT-A-PSLF/PS4E3/Shirley C. Richey/AMSAT-A-PSLF/314- 263-3307. National Stock Number (NSN): Various. The spare parts are for the AN/PSS-12 Mine Detecting Set. It is anticipated that the contract will have requirements for 24 different components for the mine detecting set. It will be a 5 year Requirements Contract with an issue date on or about 15 July 94. FOB Destination. The procurement will be a sole source procurement from the actual manufacturer of the AN/PSS-12, Dipl. Ing. Hans Schiebel. See Numbered Note(s): 22. (0173)

**18th Contracting Squadron, Attn: LGCT, Unit 5199, APO AP 96368-5199**

99 -- STORAGE CABINET Sol F62321-94-RA060. Due 072194. Contact SrA Habart or MSgt Costantino, Contracting Officer, at 011-81-61173-42293 or fax 011-81-98-934-3479 (alt fax: 011-81-61173-44795). Storage cabinet for corrosives and acids w/self closing doors, size: 65" x 43" x 18", capacity 45 gallons, mfg: Justrite, P/N 25707. (172)

**VA MEDICAL CENTER, 2002 HOLCOMBE BLVD., HOUSTON, TX 77030-4298**

99 -- PROVIDE GRAVELINERS SOL IFB 580-04-95 DUE 072894 POC Contact Point, Guy Barnette, (713)794-7421 Provide gravaliners with lids in size small, medium, and oversized for the Houston National Cemetery, Houston, Texas for Fiscal Year 1995. IFB 580-04-95 is available on JUNE 28, 1994 - due on JULY 28, 1994. All responsible sources may submit a bid which shall be considered by this agency. (0173)

# CONTRACT AWARDS

The Commerce Business Daily publishes, for Federal agencies, synopses of contract awards that exceed $25,000 that are likely to result in the award of any subcontracts.

## Services

### A Research and Development

**Naval Undersea Warfare Center Detachment, New London Commercial Acquisition Department, Code 09, Building 39, New London, CT 06320-5594**

A -- ENGINEERING SERVICES FOR SUBMARINE SONAR SIGNAL PROCESSING POC Contact A. Beskin, (203) 440-5763 or C. Gorman, Contracting Officer at (203) 440-6155 CNT N66604-94-D-0516/N66604-94-R-0516 AMT $428,271.00 LINE All items DTD 061794 TO Apt Technologies, Inc., 4534 Lamplighter Lane, Manlius, NY 13104-2319 (0173)

14

CBD PUBLISHED_DATE[ 06-24-94 ]

* < US ARMY ARMAMENT, MUNITIONS & CHEMICAL COMMAND ATTN: AMSMC-PAM-AS (EEM), ROCK ISLAND, IL 61299-6000

< 99 -- CHEMICAL DEMILITARIZATION SOL. DAAA09-92R0351. DUE 110394. CONTACT THE CONTRACT SPECIALIST: NINA MCDERMOTT, (309)782-6095, PROCURING CONTRACTING OFFICER IS: LESLEE LAMERE (309)782-3469. THE PROGRAM MANAGER FOR CHEMICAL DEMILITARIZATION, IN CONJUCTION WITH HQ, AMCCOM, ROCK ISLAND, IL AND THE CORPS OF ENGINEERS, HUNTSVILLE, AL, INTEND TO BUILD A CHEMICAL STOCKPILE DISPOSAL FACILITY AT PINE BLUFF ARSENAL, PINE BLUFF, AR. THE ESTIMATED PRICE RANGE OF THE CONSTRUCTION PORTION OF THE CONTRACT IS OVER $10 MILLION. THE SUCCESSFUL CONTRACTOR WILL BE THE SYSTEMS CONTRACTOR. THE SYSTEMS CONTRACTOR SHALL REQUIRE COMPLEX CONSTRUCTION OF THE CHEMICAL DEMIL FACILITY, INSTALLATION OF EQUIPMENT, SYSTEMIZATION OF EQUIPMENT, OPERATION OF THE FACILITY, AND CLOSURE OF THE FACILITY UPON COMPLETION OF THE OPERATIONS. THIS CONTRACT WILL INVOLVE SIGNIFICANT ENVIRONMENTAL AND SURETY OVERSIGHT. A PREPROPOSAL CONFERENCE WILL BE HELD. A COST PLUS AWARD FEE CONTRACT WITH FIRM FIXED PRICE ELEMENTS (FOR CONSTRUCTION AND EQUIPMENT INSTALLATION) IS CONTEMPLATED. INFORMATION REGARDING OPTIONS: LAUNDRY, MUNITIONS TRANSPORTATION AND ULTIMATE FACILITY DISPOSITION/DEMOLITION CAN BE FOUND IN THIS SOLICITATION. COPIES OF SOLICITATION DAAA09-92-R-0351 MAY BE OBTAINED BY REQUESTING A COPY IN WRITING TO THE CONTRACTING OFFICER, HQ, AMCCOM, AMSMC-PAE-D, ROCK ISLAND, IL 61299-6000. TELEPHONE REQUESTS WILL NOT BE HONORED. THE BASIC SOLICITATION WILL BE SENT AT NO CHARGE. FOR THOSE WHO WANT A COMPLETE SOLICITATION PACKAGE (INCLUDNG ALL DRAWINGS AND SPECIFICATIONS), SEND A CHECK OR MONEY ORDER TO THE CONTRACTING OFFICER IN THE AMOUNT OF $2,400 MADE PAYABLE TO THE TREASURY OF THE UNITED STATES. EACH COMPANY WILL BE LIMITED TO FIVE PURCHASED SETS OF DRAWINGS. ESTIMATED ISSUE DATE OF THIS SOLICITATION IS 070694. (173)

Published in CBD 6/24
DO NOT ISSUE BEFORE
Initials JS

DEPARTMENT OF THE ARMY
HEADQUARTERS, U.S. ARMY INDUSTRIAL OPERATIONS COMMAND
ROCK ISLAND, ILLINOIS 61299-6000

REPLY TO
ATTENTION OF

November 29, 1994

Chemical Demilitarization Branch

SUBJECT: Pine Bluff Bidder's Mailing List

To the Pine Bluff Offerors:

For your convenience, enclosed is the current Bidder's Mailing List. As you can see, there have been some additions and some deletions. If you have any questions or corrections concerning this list, please contact this office.

The point of contact is Ms. Nina McDermott, (309) 782-6095.

Sincerely,

Leslee A. LaMere

Leslee A. LaMere
Contracting Officer

Enclosure



Printed on Recycled Paper

**PINE BLUFF BIDDER'S MAILING LIST**

A&H PRODUCTS INC
P O BOX 470686
TULSA OK 74147
918/835-8081 FAX 252-4788

API CONSTRUCTION
ATTN MR NORM McINTOSH
2366 ROSE PLACE
ST PAUL MN 55113

AWD TECHNOLOGIES INC
ATTN JACKIE LIANG
15204 OMEGA DRIVE SUITE 200
ROCKVILLE MD 20850
301-948-0040
301-948-6094 FAX

ADVANCED PRODUCTS & SYSTEMS
ATTN MR DWAYNE SONNIER
P O BOX 53096
LAFAYETTE LA 70505
318 233-6116
318 233-3860 FAX

ALUMA SHIELD FAX
ATTN MR CHARLES KERR
6525 THE CORNERS PARKWAY
SUITE 400
NORCROSS GA 30092
404 409-7899
404 449-9236 FAX

AMERON CORPORATION
ATTN MR ROBERT MIHALIK
33771 WALNUT LANE
FARMINGTON HILLS MI 48331
810 661-8965

ARTHUR D LITTLE
ATTN MS PAMELA GALAID
20 ACORN PARK
CAMBRIDGE MA 02140-2390
617-498-5710
617-498-7045 FAX

ASTRO PAK CORPORATION
ATTN MR MARK FERDI
8700 CLETA STREET
DOWNEY CA 90241

ATLAS COPCO RENTAL INC
ATTN MR JEFF KASPIC
8702 SOUTH 222nd STREET
KENT WA 98031
206 872-2567

BE&K CONSTRUCTION COMPANY
ATTN MR BURTON JORDAN
2000 INTERNATIONAL PARK DRIVE
P O BOX 12606
BIRMINGHAM ALABAMA 35202-2606
205-972-6000
205-972-6300 FAX

BAKER & ASSOCIATES
ATTN MR NEIL H BAKER
2905 HILLCREST AVENUE
BETTENDORF IA 52722
319 355-8560 FAX 355-4952

BALIMOY
ATTN MS SUSAN L BORGENDALE
5201 S WESTSHORE BLVD
TAMPA FL 33611-5699
813-831-0750

BATTELLE
ATTN JUANITA CAMPBELL
505 KING AVE
COLOMBUS OH 43201-2693
614-424-6415
614-424-7857 FAX

BECHTEL NATIONAL INC
ATTN LARRY DONOVAN 50/20/A31
50 BEALE ST
PO BOX 193965
SAN FRANCISCO CA 94119-3965
415-768-2365
415-768-6167 FAX

BECHTEL NATIONAL INC
ATTN MR LEE A MCINTIRE
9801 WASHINGTIAN BLVD
GAITHERSBURG MD 20878-5356
301 417-3000

BECON CONSTRUCTION CO INC
ATTN MR JOHN P PICCOLO
5950 FAIRVIEW ROAD
SUITE 808
CHARLOTTE NC 28210
(704)552-0268

BELL POWER CORP
ATTN MR BRYON W DIEL
1340 LEXINGTON AVE
ROCHESTER NY 14606
716-277-1000

BLOUNT INC CONST DIV
ATTN MR LARRY PAYNE
4520 EXECUTIVE PARK DR
MONTGOMERY AL 36116
205-244-4000

BURDESHAW ASSOCIATES, LTD
ATTN: STEVEN S. KLEMENT
4701 SANGAMORE ROAD
BETHESDA MD 20816-2508
301-229-5800
301-229-5045 FAX

BURNS AND ROE INDUSTRIAL SERV CO
ATTN ARMAND LUCANIA
800 KINDERKAMACK RD
ORADELL NJ 07649
201-986-4039
201-986-4831 FAX

CALSPAN CORP
ATTN A JEAN BOLOGNESE
4455 GENESEE ST
P O BOX 400
BUFFALO NY 14225-1967
716-632-7500
716-631-6722 FAX

CAPITAL ENVIRONMENTAL
ATTN MR GORDON DAVIDSON
1299 PENNSYLVANIA N W
WASHINGTON DC 20004
202 383-7387

CHAMBERLAIN MRC
ATTN MR JEFF SNYDER
336 CLUBHOUSE RD
HUNT VALLEY MD 21031-1315
410-771-1300

CMS RESEARCH CORP
ATTN CATHY S BURGESS
200 CHASE PARK SOUTH SUITE 100
BIRMINGHAM AL 35244
205-733-6900
205-733-6919 FAX

COMPUTER SCIENCES CORP
ATTN MR RICHARD G THRESHER
2107 LAUREL BUSH RD SUITE 206
BEL AIR MD 21015
410-569-4144

COMPUTER SCIENCES CORP
ATTN MR OLIVER J OZMENT JR
3315 BOB WALLACE AVE SUITE 203
HUNTSVILLE AL 35805
205-534-3510
205-534-1811 FAX

CONSTRUCTION MARKET DATA
ATTN MS LINDA DONHAM
1501 NORTH PIERCE
SUITE 101
LITTLE ROCK AR 72207
501 280-0525 FAX 280-0528

CORE - ROSION
ATTN MR STEVE IRELAND
3395 EAST 19TH STREET
LONG BEACH CA 90804
310-986-5238
310-986-5246 FAX

DARE INSTRUMENTS CORPORATION
ATTN MS SANDRA REYNOLDS
P O BOX 948
GRAFTON VA 23692
804 898-5131
804 890-0501 FAX

DATACO INC
ATTN JOHN W KEGG
821 OLD ORCHARD RD
CINCINNATI OH 45230
513-231-6133
513-231-7868 FAX

DAY & ZIMMERMANN INC
ATTN MR CHARLES A GRAY
280 KING OF PRUSSIA RD
RADNOR PA 19087
215-975-6875

DAY & ZIMMERMANN INC
ATTN MR RICHARD HALEY
HIGHWAY 160 EAST
PARSONS KS 66762
316-421-7275
316-421-7477 FAX

DICK ENTERPRISES
ATTN MS MARY DONATELLI
PO BOX 10896
PITTSBURGH PA 15236
412-384-1181
412-384-1150 FAX

DOW CHEMICAL
ATTN MS CHRISTIE WARNER
2040 DOW CENTER
MIDLAND MI 48674
517-636-0685
517-638-9633 FAX

EG&G
ATTN RICHARD H TIMPF
1396 PICCARD DRIVE
ROCKVILLE MD 20850
301-840-3197
301-258-9522 FAX

EARTH RESOURCES CORP
ATTN JENNIFER JACOBS
1227 MARSHALL FARMS ROAD
OCOEE FL 34761
407-877-0877
407-877-3622 FAX

EAST STAR ENVIRONMENTAL GROUP INTL
9180 RUMSEY RD
COLOMBIA MD 21045

EBASCO
ATTN MR PATRICK N CORLETO
145 TECHNOLOGY PARK
NORCROSS GA 30092-2979

ELECTRIC MACHINERY ENTERPRISES
PO BOX 31706
TAMPA FL 33631-3706

EMCO ENTERPRISES INC
6750 FLORIN PERKINS ROAD
SACRAMENTO CA 95828
916 386-2100
916 386-2568 FAX

ENSR DEVELOPMENT
AMERICAN NUKEM CORP
ATTN KENNETH L WALTER
3000 RICHMOND AVE
HOUSTON TX 77098
713-520-9494
713-630-0715 FAX

ENVIRODYNE CORPORATION
ATTN MR JAMES D GOLLADAY
2840 A HOWE ROAD
MARTINEX CA 94553
510-370-7800
510-370-7806 FAX

ENVIRONMENTAL CHEMICAL CORP
ATTN BERNADETTE CALLAHAN
1240 BAYSHORE HWY
BURLINGAME CA 94010
415-347-1555
415-347-4571 FAX

ERATECH INC
ATTN MR ROBERT KOHNEN
PO BOX 250
DAYTON OH 45449
800-848-4990
513-859-8998
513-859-9132 FAX

ERICKSON - G E
ATTN MR ART PLAN
1025 MONTGOMERY HIGHWAY
SUITE 103
BIRMINGHAM AL 35216
205 823-2050
205 82205166 FAX

F S SPERRY CO INC
ATTN MR ALLEN FREDERICKS
1907 VANDERHORN DRIVE
MEMPHIS TN 38134
901 373-9000
901-373-9360 FAX

FMC CORP
ATTN MR JEFF KEUREN
MAIL STOP M225
4800 EAST RIVER RD
MINNEAPOLIS MN 55421-1498
612-572-7615

FPC INC
ATTN TERRY FAZE
301 EAST 63RD ST
KANSAS CITY MO 64113-2225
816-444-4142
FSCM 5Y615

FSEC INC
ATTN MR ED SLATTERY
100 EAST CORSON STREET
PASADENA CA 91103-3840
818-568-2290
818-568-2295 FAX

FLUOR DANIELS INC
ATTN RICK ANAYA
MAIL STOP 473E
3333 MICHELSON DR
IRVINE CA 92730
714-975-5062

FOSTER WHEELER USA CORP
ATTN LAWFORD HOWELL
DIRECTOR OF BUSINESS DEVELOPMENT
PERRYVILLE CORPORATE PARK
CLINTON NJ 08809-4000

FRONTIER KEMPER CONSTRUCTORS INC
ATTN WENDELL HUGGINS
PO BOX 1885
3721 S HWY 74
EVERGREEN CO 80439

GPS TECHNOLOGIES INC
ATTN CRAIG A SEGER
PO BOX 38
EDGEWOOD AREA
ABERDEEN PRVG GRD MD 21010-0038
410-671-4947
410-671-4946 FAX

GALLET & ASSOCIATES INC
ATTN MR TAD NELSON
320 BEACON PARKWAY WEST
BIRMINGHAM AL 35209
205-942-1289
205-942-1266 FAX

GEORGE HYMAN CONSTRUCTION
ATTN ERIC KRUEGER
13760 NOEL ROAD SUITE 1030
DALLAS TX 75240

GLOBAL SYSTEMS INTERNATIONAL
ATTN MR MIKE BROCKMAN
865 WEST 39TH STREET
P O BOX 626
NORFOLK VA 23508
804 440-0840 FAX 423-8611

H B ZACHARY COMPANY
ATTN ROBERT J BEAL
PO BOX 21130
SAN ANTONIO TX 78285

HALL BUILDERS INC
ATTN RICKEY R HALL
P O BOX 7295
SHREVEPORT LA 71137-7295

HARBERT CONST CO
ATTN MR PATRICK E MOLONV
ONE RIVERCHASE PARKWAY
BIRMINGHAM AL 35244
205-985-5200

HENSEL PHELPS CONSTRUCTION
ATTN BERN GREEN
2800 CANTRELL ROAD
LITTLE ROCK AR 72202
501-666-6200

HUGHES TECHNICAL
ATTN MR GEORGE M CONNELL
1100 WILSON BLVD 18TH FLOOR
ROSSLY VA 22209
703-284-4387

IIT RESEARCH INST
ATTN GUGGLIAM SRESTY
10 WEST 35TH STREET
CHICAGO IL 60616-3799
312-567-4232

INDUSCO INC
ATTN MR JOHN HILLEY
P O BOX 43447
BIRMINGHAM AL 35243
205 967-7721
205 969-2061 FAX

INNOVATIVE EMERGENCY MANAGEMENT
ATTN COL (RET) JOSEPH DiGIACINTO
1101 TIMERLEA DRIVE
BEL AIR MD 21014
410 836-5289

J A JONES CONST SERV CO
ATTN MR A L PURTILL
6135 PARK SOUTH DR
CHARLOTTE NC 28210
704-551-1188

JACOBS ENG GROUP INC
ATTN MR BRUCE ADKINS
251 SOUTH LAKE AVENUE
PASADENA CA 91101

JESCO
ATTN MR MADISON H SMITH
2000 MCCULLOUGH BLVD
PO DRAWER 1583
TUPELO MS 38802-1583
601-842-3167

JOINER ASSOCIATES INC
ATTN MR RONALD JOINER PH D
204 FORK RIVER ROAD
SHERWOOD ARKANSAS 72116
501 834-3692
501-834-4565 FAX

KENTUCKY ENVIRONMENTAL FOUNDATION
P O BOX 467
BEREA KY 40403
606-986-7565
606-986-2695 FAX

KIEWIT INDUSTRIAL CO
ATTN WILLIAM E DAVIS
1000 KIEWIT PLAZA
OMAHA NE 68131
402-342-2052
402-271-2837 FAX

KLEMP CORPORATION
ATTN MR DENNIS GOLDEN
1132 WEST BLACKHAWK STREET
CHICAGO IL 60622-2448

KOONTZ ELECTRIC CO INC
ATTN MR BENNY KOONTZ
P O BOX 501
MORRILTON AR 72110
501/354-2526
501/354-2580 FAX

L&A CONTRACTING COMPANY
ATTN MR C T SUTHERLAND
100 SIMS ROAD
P O BOX 16749
HATTIESBURG MS 39404-6740
601 264-2100

L K COMSTOCK & COMPANY INC
ATTN JOE E HAWKINS
11441 INDUSTRIPLEX BLVD
SUITE 160
BATON ROUGE LA 70809
504-292-6500
504-292-0603 FAX

LAUREN CONSTRUCTORS INC
ATTN MR JOHN L ANSLINGER
1835 SHACKELFORD CT SUITE 175
NORCROSS GA 30093
404-381-9660

LEROY BOAS & ASSOCIATES
ATTN LEROY BOAS
3103 WEST 36TH STREET
PINE BLUFF AR 71603
501-535-2021 VOICE/FAX

LIUNA
ATTN MR DAVID GERARD
905 16TH STREET NORTHWEST
WASHINGTON DC 20006-1765
202 942-2350

LOCKHEED
ATTN MR ROBERT MORSE
1200 SMITH STREET
SUITE 800
HOUSTON TX 77002-4300
713/654-4800 FAX 654-4850

LONG PRINTING COMPANY
ATTN MS ANNE HALL
1425 ALABAMA SUITE F1
LONGVIEW WA 98632
206 578-1201

LORAL LIBRASCOPE
ATTN MR ROBERT LANG
833 SONORA AVENUE
GLENDALE CA 91201
818/244-6541
818/502-8145 FAX

MMR RADON CONSTRUCTORS INC
ATTN MR BOBBY W HOLDER SR
15961 AIRLINE HIGHWAY
P O BOX 84210
BATON ROUGE LA 70884-4210
504/756-5090 FAX 753-7012

MRK INCORPORATED
ATTN GARY MARTIN
223 BECKWOOD DRIVE
LITTLE ROCK AR 72205
501-664-4954
501-664-1840 FAX

MARTIN SPECIALTY COATINGS INC
ATTN MR RANDY MARTIN
5015 FLUORNOY LUCAS ROAD
SUITE 1
SHREVEPORT LA 71129
318/686-2400
318/686-2499 FAX

MASON & HANGER
SILAS MASON CO INC
ATTN MR DENNIS L ELLINGTON
2355 HARRODSBURG RD
LEXINGTON KY 40504-3363
606-223-2277
606-223-1846 FAX

MAXWELL LAB, S-CUBED DIV
ATTN MR SID ORRIK
1800 DIAGONAL RD SUITE 400
ALEXANDRIA VA 22314
619-453-0060
619-755-0474 FAX

METRIC CONSTRUCTORS
ATTN MR GRAY ROBERTS
1800 PARKWAY PL SUITE 810
MARIETTA GA 30067
404-428-4999

MIDWEST RESEARCH INSTITUTE
ATTN MS ANNE ROBERTSON
425 VOLKER BOULEVARD
KANSAS CITY MO 64110
816-753-7600
816-753-8420 FAX

MORGANTI TEXAS INC
ATTN MR JOHN PUTNAM
16825 NORTHCHASE #708
HOUSTON TX 77060

MORRISON KNUDSEN
ATTN MR WILL RUEB
1500 WEST 3RD STREET
CLEVELAND OH 44113
216-523-5600
216-523-5922 FAX

MORRISON-KNUDSEN CORP
ATTN MR DON SPIERS
720 PARK BLVD PLAZA 4-7
BOISE ND 83712
208-386-5275

MURDOCK & SONS
131 SOUTH TAYLOR STREET
SOUTH BEND IN 46601
219 232-7992 FAX 289-0577

PAR SYSTEMS INC
WESTERN REGION
ATTN MR MARK H PRICE
39 WINDJAMMER
IRVINE CA 92714
714-559-7970
714-559-8086 FAX

PRC INC
ATTN MR THOMAS R BROWN
930 WOODCOCK RD SUITE 221
ORLANDO FL 32803
407-897-2001
407-895-7207 FAX

PARAMETER INC
ATTN R S DEAN
13380 WATERTOWN PLANK RD
ELM GROVE WI 53122
414-786-7580
414-786-0419 FAX

PERMA-PIPE
7720 NORTH LEHIGH AVENUE
NILES IL 607144-3491
708 966-2235
708 470-1204 FAX

PROFESSIONAL SERV INDUST INC
ATTN MR PETE HAMILTON
4123 CURTIS LANE
SHREVEPORT LA 71109
318-631-5547
318-631-1456 FAX

RCG ENVIRONMENTAL
ATTN MR ROBERT GOODLETT
250 DEVILLA COURT
COLLEGE PARK GA 30349

THE RANKIN ENVIRONMENTAL GROUP INC
ATTN JILL REIMAN
1925 NORTH LYNN ST SUITE 502
ARLINGTON VA 22209-1707
703-516-2501
703-516-6778 FAX

RAYTHEON DEMILITARIZATION COMPANY
ATTN H D CAMPBELL 12U4
30 SOUTH 17TH STREET
PHILADELPHIA PA 19101
215-422-3975
215-422-1686 FAX

RAYTHEON DEMILITARIZATION CO
ATTN MARY EDWARDS
2 WAYSIDE RD
BURLINGTON MA 01803

RAYTHEON DEMILITARIZATION CO
ATTN MR GARY FOSTER
160 CHUBB AVE
LYNDHURST NJ 07071

REISZ ENGINEERING
ATTN MS SANDRA MCGOVERN
3322 MEMORIAL PKWY SUITE 32A2
HUNTSVILLE AL 35801
205-883-2531

ROY ANDERSON CORPORATION
ATTN MR TRAVIS RABREN
2001 AIRPORT ROAD SUITE 204
JACKSON MS 39208

RUST FEDERAL SERV INC
ATTN MR LARRY BACHELOR
140 STONERIDGE DR
COLOMBIA SC 29210
803-779-0900

RUST INTERNATIONAL
MEADOWBROOK CORPORATE PARK
100 CORPORATE PARKWAY
PO BOX 101
BIRMINGHAM AL 35201-0101
205-995-7878

SHEPLERS INC
ATTN MR JAMES JARVIS
9103 EAST ALMEDA
HOUSTON TX 77054
800 729-1150
713-799-8431 FAX

SOUTHERN RESEARCH INST
ATTN MS ANGELA M ROACH
PO BOX 55305
2000 9TH AVE SOUTH
BIRMINGHAM AL 35255-5305
205-581-2000
205-581-2726 FAX

SOUTHERN RESEARCH INST
ATTN MS CHERI D GRABANY
PO BOX 55305
BIRMINGHAM AL 35355-5305
205-581-2000

SOUTHWEST RESEARCH INSTITUTE
ATTN MR JOSEPH S KITTLE
PROGRAM DEVELOPMENT OFFICE
POSTAL DRAWER 28510
SAN ANTONIO TX 78228-0510

SUPERIOR AIR HANDLING CORP
ATTN MR RANDY RICHTER
BLDG D-3 FREEPORT CENTER
CLEARFIELD UT 84016
801-776-1997

TIC THE INDUSTRIAL COMPANY
ATTN MR JOHN M ROOS
40185 ROUTT COUNTY ROAD 129
STEAMBOAT SPRINGS CO 80487
303 879-2561
303-879-6078 FAX

TECHMEDIA CORPORATION
ATTN JOHN MCCLOSKER
123 NORTH ORIANNA ST
PHILADELPHIA PA 19106-1887
215-829-2300
215-829-2311 FAX

TECHNOLOGY MARKETING
ATTN MR JAMES FERGUSON
P O BOX 987
MILLERSVILLE MD 21108-9087
410 987-9111
410 987-6392 FAX

TELEDYNE BROWN ENGINEERING
CUMMINGS RESEARCH PARK
300 SPARKMAN DRIVE NW
P O BOX 070007
HUNTSVILLE AL 35807-7007
205 726-1000
205 726-1033 FAX

UXB INTERNATIONAL INC
ATTN BECKY J WHITMORE
14800 CONFERENCE CENTER DRIVE
SUITE 100
CHANTILLY VA 22021-3806
703-803-8904
703-803-9355 FAX

URETHANE SYSTEM INC
ATTN MR NELSON L JOHNSON
5929 EAST 12TH STREET
TULSA OK 74112
918 834-5486
918-835-4388 FAX

VANGUARD RESEARCH INC
ATTN MS SHERRI M MCDAVID
10306 EATON PL SUITE 450
FAIRFAX VA 22030-2201
703-934-6300
703-273-9398 FAX

VARCO PRUDEN
ATTN MR WALTER GONSETH
6000 POPLAR AVENUE SUITE 400
MEMPHIS TN 38119
901-767-5910
901-762-6010 FAX

VERTEX INT'L INC
ATTN EDWARD F HILL
BUILDING 1
24121 W THEODORE RD
PLAINFIELD IL 60544
815-439-1234
815-439-1232 FAX

WESTINGHOUSE ELECTRIC CORP
GESCO ATTN MR CRAIG ALBERT
STC BUILDING 701 BAY 303F
1310 BEULAH ROAD
PITTSBURGH PA 15235
412-374-4300
412-247-6099 FAX

WESTINGHOUSE ELECTRIC
ATTN MR PRESTON GRAY
5471 DUDLEY COURT
PLEASANTON CA 94566
510-846-2557