AUG. 9.1997 3:09AM NO.609 P.2/16

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE | PAGE 1 OF PAGES 5

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. |
|---|---|---|
| A00209 | 09 Nov 01 | |

5. ISSUED BY CODE DACA87

Commander, US Army Engineering & Support Ctr, Huntsville
ATTN CEHNC-CT-D / Durham (256) 895-1554
P.O. OX 1600
Hunt: rille. AL 35807-4301

7. ADMINISTERED BY (If other than item 6) CODE

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

WASHINGTON DEMILITARIZATION COMPANY
Building 57-210, Webster Road
PO Box 38
Pine Bluff AR 71602

CODE | FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO.
DAAA09-97-C-0098

10B. DATED (SEE ITEM 13)
25 Jul 97

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended. ☐ is not extended

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

See Schedule of Obligations and Allotments

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

X A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. FAR 52.243-4, Changes

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

CONTRACT FOR CONSTRUCTION OF THE PINE BLUFF CHEMICAL DISPOSAL FACILITY, PINE BLUFF, ARKANSAS

See page 2

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| FRED HISSONG, JR. President | | EMILY D. DURHAM Contracting Officer | |
| 15B. CONTRACTOR/OFFEROR [signature] (Signature of person authorized to sign) | 15C. DATE SIGNED 13 Nov 01 | 16B. UNITED STATES OF AMERICA [signature] (Signature of Contracting Officer) | 16C. DATE SIGNED 13 Nov 01 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105

STANDARD FORM 30 (REV 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

58

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

1. PURPOSE. The purpose of this modification is to convert CLINS 0003AA thru 0003AW and 0004AA thru 0004BR from Firm-Fixed Price to Cost Reimbursement - No Fee effective 3 November 2001. The contractor shall submit a final invoice for all fixed-price construction costs through 2 November 2001 in an amount Not To Exceed (NTE) $194,500,000. The final invoice shall also include an executed Release of Claims (Attachment "B"). The NTE price shall be subject to audit, negotiation and/or adjustment downward only.

2. DIRECTION TO PROCEED. Pursuant to the contract clause 52-243.0004, "Changes", the contractor is directed to complete the remaining construction requirements on a cost-reimbursement basis with no additional fee and in accordance with the Davis Bacon General Decision Number AR010046 (Attachment "E"). The obligation of the Government for this effort shall not exceed $110,100,000, excluding CLIN 2005, Precommissioning Activities. The contractor is not authorized to make expenditures or incur obligations exceeding $40,000,000, as set forth in the Schedule of Obligations and Allotments (Attachment "A").

3. COMPLETION DATES. The target date for Substantial Construction Completion (nominally no construction activities on the systemization critical path) is hereby agreed to be 23 September 2002, and the target date for Construction Completion is 13 December 2002. The target date for the Start of Agent Operations is hereby agreed to be July 2003.

4. DEFINITIZATION PROPOSAL SUBMITTAL INSTRUCTIONS. The contractor shall submit a written proposal on SF 1411 for the cost-reimbursement no fee construction contract line items, along with certified cost and pricing data, Not Later Than (NLT) 31 December 2001 in an amount NTE $110,100,000. The definitization proposal shall not include fee nor recovery from losses incurred through 2 November 2001. Negotiations are scheduled to be completed by 29 March 2002 in order to definitize this modification NLT 30 April 2002.

5. REQUEST FOR EQUITABLE ADJUSTMENT (REA)/CHANGE ORDER PROPOSAL SUBMITTAL INSTRUCTIONS. The contractor shall also submit firm-fixed price proposals for each REA, change order, or request for information (RFI) by the dates indicated below. A NTE of $20,000,000 has been agreed upon for these changes and are subject to audit and negotiation downward only. The REAs, change orders and RFIs which are included in this agreement are listed in Attachment "C". No profit shall be proposed or allowed on these changes to the firm-fixed price construction line items. Negotiations are scheduled to be completed by 29 March 2002 in order to definitize this modification NLT 30 Apr 2002.

| | | NTE | Proposal Due Date |
|---|---|---|---|
| Unscheduled Cable and Conduit | $ | 524,000 | 23 Nov 01 |
| Field Routed Piping Not on Drawings | $ | 2,362,000 | 23 Nov 01 |
| PAS Structural Steel * | $ | 11,712,000 | 16 Nov 01 |
| MDB Constructability * | $ | 3,760,000 | 14 Dec 01 |
| 11 Sep 01 Suspension of Work | $ | 725,000 | 16 Nov 01 |
| Pending Change Cases, REAs, & RFIs as described in Attachment "C" | $ | 812,000 | 30 Nov 01 |

* Ceiling price is the aggregate of these two packages

The DUN/DUN-PAS workscope is pending deletion. Value for work performed to date has been established within the NTE of $194,500,000 for the final construction invoice amount. The NTE target cost of $110,100,000 was established with an appropriate reduction (nominally $2,700,000) for DUN/DUN-PAS scope that was in the WDC Estimate to Complete but would not be required due to the pending deletion. Any further refinement of the DUN/DUN-AAS deletion will be determined during the definition of the final negotiated NTE target price for construction completion.

6. GENERAL and SPECIAL CONTRACT CLAUSE CHANGES. In addition to the above, this modification also incorporates the FAR clauses for Cost-Reimbursement Construction as shown on Attachment "D", and incorporates the following Special Contract Clauses:

a. H-12 COST SHARING. The following cost sharing arrangement(s) shall apply to cost reimbursement CLINS 2003 and 2004 only.

For all costs in excess of the final negotiated target cost, the following cost sharing arrangement shall apply:

| COSTS OVER TARGET COST | WDC/GOVERNMENT SHARING RATIO |
|---|---|
| 0% < Overrun < 5% | 5/95 |
| 5% < Overrun < 10% | 10/90 |
| 10% < Overrun < 15% | 20/80 |
| Overrun > 15% | 30/70 NTE $4.5M |

For all costs below the final negotiated target cost, the following cost sharing arrangement shall apply:

| COSTS UNDER TARGET COST | WDC/GOVERNMENT SHARING RATIO |
| --- | --- |
| Any Amount | 50/50 NTE $5M |

(end of clause)

H-13 SPECIAL DESIGN, CONSTRUCTION AND OPERATIONAL STUDIES. The contractor may be authorized to perform various special studies to assess new requirements, and determine design criteria, construction alterations, and operational modifications needed to implement new requirements. These studies may include engineering analyses and assessment related to plant and process options, climate and environmental matters, hazards, safety, and risk issues associated with the PBCDF structure, material or equipment alternatives, etc. The contractor may perform the studies, document the findings in reports, and conduct review meetings as necessary to determine resolution of identified problems. Specific information related to delivery of data and information will be provided by the Government with the detailed scope of each special study.

(end of clause)

7. CONVERSION CONTRACT LINE ITEMS (CLNS). As a result of the contract conversion, the following new CLINS are established. Authorization and funding may either be by Military Construction (MILCON) funding or Installation Procurement (PROC) funding, as specified in the Schedule of Obligations and Allotments. The initial schedule of obligations and allotments is provided at Attachment "A" and is subject to definitization.

| | | CEILING | ALLOTED FUNDS |
|---|---|---|---|
| 2003 | Construction (MILCON Funded) | $ 49,545,000 | $ 14,500,000 (FY 01) |
| 2003AA | Special Studies (MILCON Funded) | $ 0 | $ 0 |
| 2004 | Construction (PROC Funded) | $ 60,555,000 | $ 24,000,000 (FY01) |
| 2004AA | Special Studies (PROC Funded) | $ 0 | $ 0 |
| 2005 | Pre-Commissioning | $ 3,300,000 | |
| 2005AA | PROC Funding | | $ 1,000,000 (FY 01) |
| 2005AB | MILCON Funding | | $ 500,000 |

8. CLOSING STATEMENT. All other terms and conditions shall remain unchanged.

LIST OF ATTACHMENTS:
A - Schedule of Obligations and Allotments
B - Release of Claims
C - List of REAs, Changes, and RFIs
D - General Provisions
E – Davis Bacon General Decision

# ATTACHMENT "A"

## Initital Schedule of Obligations and Allotments (Subject to Definitization)

| | | Ceiling Amount | Funded Amount |
|---|---|---|---|
| 2003 | Construction (MILCON Funded) | $ 49,545,000 | $ 14,500,000 |
| 2003AA | Special Studies (MILCON Funded) | $ 0 | $ 0 |
| 2004 | Construction (PROC Funded) | $ 60,555,000 | $ 24,000,000 |
| 2004AA | Special Studies (PROC Funded) | $ 0 | $ 0 |
| 2005 | Pre-Commissioning | $ 3,300,000 | |
| 2005AA | PROC Funding | | $ 1,000,000 |
| 2005AB | MILCON Funding | | $ 500,000 |

**ATTACHMENT "B"**

**RELEASE OF CLAIMS**

Washington Demilitarization Company (WDC) hereby releases the Government from any and all liability arising from claims or Requests for Equitable Adjustments (REAs) not otherwise identified in this conversion modification arising from the performance of the construction activities on Contract DAAA09-97-C-0098 through 2 November 2001. This release includes any request for payment that were known to WDC on or before 2 November 2001 from subcontractors or suppliers at any tier for work and services performed through 2 November 2001. Any questionable cost issues are strictly between WDC, the claimants, and the surety responsible for the Payment Bond for the firm-fixed price construction work.

Date

Fred Hissong, President
Washington Demilitarization Company

ATTACHMENT "C"

LIST OF REAs, CHANGES, AND RFIs

| CHANGE CASE NO. | DESC. | ECP NO. | RFI NO. |
|---|---|---|---|
| N/A | BRA Pump Discrep. | N/A | E 1178 |
| N/A | Drawing Discrepancies | N/A | E 1203 |
| N/A | BRA-AGIT - 101/102 | N/A | E 1243 |
| N/A | Drr Rm12-113 to RM107 | N/A | E 1253 |
| N/A | Drawing Discrepancies | N/A | E 1264 |
| N/A | Door strike circuit | N/A | E 1291 |
| N/A | Wire Tag Numbers | N/A | E 1303 |
| N/A | ICS-RCON-114 | N/A | G 1365 |
| N/A | ICS-RCON-102A | N/A | E 1372 |
| PB0204 | Incorp. One ECP | PBAC1170SCR | C 1748 |
| PB0214 | Incorporate Four ECP's | PBAC1059ELC | E 1749 |
| N/A | Sinage @ Chem. Lab | N/A | A 1930 |
| N/A | Cyper Locks | N/A | A 2005 |
| N/A | N/A | PBAC1121ELC | 2118 |
| N/A | Hanger Design Error | N/A | C 2130 |
| N/A | PAS Cooler AB Conflict | N/A | C 2131 |
| N/A | Install Napkin Disposals | N/A | A 2136 |
| PB0216 | Incorporate Four ECP's | PBAC1127ELC | E 2153 |
| PB0204 | Incorp. One ECP | PBAC1170SCR | C 2162 |
| PB0212 | Incorporate Three ECP's | PBAP1157PIP | P 2187 |
| N/A | ECF Fixtures | N/A | E 2209 |
| N/A | LPG Pump Relocation | N/A | P 2277 |
| N/A | Testing Clarifications | N/A | P 2278 |
| N/A | CHB Crane | N/A | M 2290 |
| N/A | Electrical Trace Clarif. | N/A | P 2307 |
| N/A | N/A | PBAP1184PIP | P 2329 |
| N/A | Circuit Number - PAS | N/A | E 2351 |
| N/A | HPS Boiler System | N/A | M 2371 |
| N/A | N/A | PBAC1216ELC | E 2385 |
| N/A | N/A | PBAC1216ELC | E 2393 |
| N/A | Added Valves | N/A | QP 2480 |
| N/A | Reducing Exp. Joint | N/A | P 2491 |
| N/A | GFE Equipment | N/A | G 2495 |
| N/A | N/A | PBAC1242ELC | E 2512 |
| N/A | Change Motor | N/A | H 2514 |
| N/A | French Drain Mod. | N/A | M 2530 |
| N/A | N/A | PBAC1242ELC | E 2538 |
| N/A | Inst. Damper | N/A | H 2539 |
| N/A | Inst. Pipe Supt. Beams | N/A | C 2564 |
| N/A | Duct Support | N/A | G 2567 |
| N/A | Notch Beam / Wld Plate | N/A | P 2572 |
| N/A | Remove Top Conn. Plate | N/A | C 2576 |



65

| CHANGE CASE NO. | DESC. | ECP NO. | RFI NO. |
|---|---|---|---|
| N/A | Notch Beam / Wld Plate | N/A | M 2577 |
| N/A | N/A | PBAF1235ICS | M 2581 |
| N/A | N/A | PBAC1249HVC | H 2584 |
| N/A | N/A | PBAC1242ELC | H 2586 |
| N/A | Penetration Plate | N/A | C 2591 |
| N/A | Roof Penetration | N/A | C 2592 |
| N/A | Handrail Conflict | N/A | C 2600 |
| N/A | Blast Dr Stop Exp. Anc | N/A | C 2613 |
| N/A | DFS Support Connect. | N/A | C 2617 |
| N/A | DFS Support Connect. | N/A | C 2629 |
| N/A | Salt Storag Tank | N/A | C 2630 |
| N/A | Additional Support | N/A | P 2631 |
| N/A | Structural Interference | N/A | C 2659 |
| N/A | Duct Rolling Offset | N/A | H 2661 |
| N/A | Install Angle | N/A | C 2662 |
| N/A | Piping Interference | N/A | M 2665 |
| N/A | Plate for Column Flash. | N/A | A 2666 |
| N/A | Install Pitch Pans | N/A | A 2667 |
| N/A | Misaligned Pipe | N/A | P 2671 |
| N/A | Conduit Penetrations | N/A | E 2674 |
| N/A | Add Rungs To Ladder | N/A | C 2682 |
| N/A | Add Position Switch | N/A | I 2696 |
| N/A | Pipe Support Interference | N/A | M 2698 |
| N/A | Utility Support | N/A | C 2707 |
| N/A | Cable Tray Offset | N/A | E 2709 |
| N/A | Diesel Generator Plans | N/A | E 0487 R/1 |
| N/A | N/A | PBAC1088ELC | E 0552 |
| N/A | N/A | PBAC1088ELC | G 0796 |
| N/A | PLC Outputs. | N/A | E 1096 R/1 |
| N/A | Treaty Compliance Office | N/A | E 1219 R/1 |
| N/A | UG Storage Tank | N/A | E 1281 R/2 |
| PB0214 | Incorp. Four ECP's | PBAC947ELC | E 1403 |
| N/A | Insulation Specifications | N/A | P 1594 R/1 |
| PB0214 | Incorp. Four ECP's | PBAC1059ELC | E 1749 |
| PB0218 | Incorp. One ECP | PBAF1106ARC | A 1994 R/1 |
| PB0218 | Incorp. One ECP | PBAF1106ARC | A 2014 |
| PB0206 | Incorp. Two ECP's | PBAC1177ELC | G 2021 |
| PB0218 | Incorp. One ECP | PBAF1106ARC | A 2024 R/2 |
| PB0218 | Incorp. One ECP | PBAF1106ARC | A 2032 R/1 |
| PB0218 | Incorp. One ECP | PBAF1106ARC | A 2042 |
| N/A | N/A | PBAF1165ARC | A 2110 |
| PB0216 | Incorp. Four ECP's | PBAC1127ELC | E 2153 |



66

| CHANGE CASE NO. | DESC. | ECP NO. | RFI NO. |
|---|---|---|---|
| PB0214 | Incorp. Four ECP's | PBAC1150ELC | E 2171 |
| PB0206 | Incorp. Two ECP's | PBAC1177ELC | E 2177 |
| PB0211 | Incorp. Three ECP's | PBAC1155SCR | C 2183 |
| PB0211 | Incorp. Three ECP's | PBAC1155SCR | C 2184 |
| N/A | N/A | PBAP1166PIP | I 2189 |
| PB0211 | Incorp. Three ECP's | PBAC1155SCR | C 2199 |
| PB0209 | Incorp. Three ECP's | PBAF1156HVC | H 2200 |
| N/A | N/A | PBAF1165ARC | A 2207 |
| N/A | N/A | PBAF1165ARC | A 2209 |
| N/A | N/A | PBAP1166PIP | M 2210 |
| N/A | N/A | PBAP1166PIP | M 2214 R/2 |
| PB0211 | Incorp. Three ECP's | PBAP1171SCRS | C 2236 |
| PB0209 | Incorp. Three ECP's | PBAF1182HVC | P 2246 |
| N/A | N/A | PBAC1169ELC | E 2255 |
| PB0204 | Incorp. One ECP | PBAC1170SCR | C 2256 |
| PB0206 | Incorp. Two ECP's | PBAC1177ELC | E 2257 |
| PB0217 | Incorp. Three ECP's | PBAF1181ARC | A 2259 |
| PB0204 | Incorp. One ECP | PBAC1170SCR | C 2263 |
| PB0211 | Incorp. Three ECP's | PBAC1175SCR | QC 2272 |
| PB0212 | Incorp. Three ECP's | PBAP1176PIP | M 2273 |
| N/A | N/A | PBAP1184PIP | P 2278 |
| PB0213 | Incorp. One ECP | PBAP1178MDB | E 2283 |
| PB0216 | Incorp. Four ECP's | PBAC1188ELC | E 2285 |
| PB0206 | Incorp. Two ECP's | PBAC1177ELC | E 2288 |
| N/A | N/A | PBAC1192ELC | I 2303 |
| N/A | N/A | PBAP1184PIP | P 2307 |
| PB0217 | Incorp. Three ECP's | PBAF1187ARC | A 2308 |
| PB0216 | Incorp. Four ECP's | PBAC1188ELC | E 2323 |
| PB0217 | Incorp. Three ECP's | PBAF1187ARC | A 2327 |
| PB0217 | Incorp. Three ECP's | PBAF1187ARC | A 2328 |
| PB0216 | Incorp. Four ECP's | PBAC1188ELC | E 2333 |
| N/A | N/A | PBAF1189ARC | A 2346 |
| N/A | N/A | PBAF1189ARC | A 2354 |
| N/A | N/A | PBAP1225PIP | Q 2437-P |
| N/A | N/A | PBAP1225PIP | P 2439 |
| N/A | N/A | PBAP1224SCR | G 2443 |
| N/A | N/A | PBAP1225PIP | P 2462 |
| N/A | N/A | PBAP1224SCR | C 2467 |
| N/A | N/A | PBAF1226HVC | H 2474 |
| N/A | N/A | PBAP1228SCR | C 2479 |
| N/A | N/A | PBAP1228SCR | C 2485 |
| N/A | N/A | PBAP1228SCR | C 2486 |



67

| CHANGE CASE NO. | DESC. | ECP NO. | RFI NO. |
|---|---|---|---|
| N/A | N/A | PBAC1229ELC | E 2487 |
| N/A | N/A | PBAP1234PIP | P 2494 |
| N/A | N/A | PBAC1229ELC | G 2495 |
| N/A | N/A | PBAP1234PIP | P 2501 |
| N/A | N/A | PBAF1240ARC | A 2525 |
| N/A | N/A | PBAF1235ICS | I 2529 |
| N/A | N/A | PBAF1240ARC | A 2543 |
| | | | |
| PB0201 | Incorp. One ECP | PBAC669SRL | |
| N/A | Additional Staffing for CC/Wad Proposals | N/A | N/A |
| N/A | Staffing for Field Impact Group-Apr.-02 Nov 01 | N/A | N/A |
| N/A | Hydraulics REA-Field Impact Program | N/A | N/A |
| N/A | Wkly Impact Roll-up Through 2 Nov "01 | N/A | N/A |



68

## ATTACHMENT "D"

## GENERAL PROVISIONS

The following Federal Acquisition Regulation (FAR) clauses (and clauses required by applicable supplements, e.g., DFARS, AFARS and EFARS) are added to Contract DAAC09-97-C-0098. This list is not all inclusive and will be further defined and finalized during negotiations of the definitization modification. In the interim, clauses currently included in either the fixed-price or cost-plus-award-fee portions of the contract, in addition to these additional clauses, will govern.

| | | |
|---|---|---|
| 52.203.8 | Cancellation, Recission, and Recovery of Funds for Illegal or Improper Activity | Jan 1997 |
| 52.215-10 | Price Reduction for Defective Cost or Pricing Data | Oct 1977 |
| 52-215-11 | Price Reduction for Defective Cost or Pricing Data - Modifications | Oct 1977 |
| 52.215.12 | Subcontractor Cost or Pricing Data | Oct 1997 |
| 52.215.13 | Subcontractor Cost or Pricing Data - Modifications | Oct 1997 |
| 52.215.15 | Pension Adjustments and Asset Reversions | Dec 1998 |
| 52.215-18 | Reversion or Adjustment of Plans for Postretirement Benefits (PRB) Other than Pensions | Oct 1977 |
| 52.215.19 | Notification of Ownership Changes | Oct 1997 |
| 52.222-21 | Prohibition of Segregated Facilities | Feb 1999 |
| 52.222-22 | Previous Contracts and Compliance Reports | Feb 1999 |
| 52.223-5 | Pollution Prevention and Right-To-Know Information | Apr 1998 |
| 52.225-13 | Restrictions on Certain Foreign Purchases | Jul 2000 |
| 52.225-11 | Buy American Act - Balance of Payments Program - Construction Materials Under Trade Agreements | Feb 2000 |

69

Attachment "D"
Page 2

| | | |
|---|---|---|
| 52.230.6 | Administration of Cost Accounting Standards | Nov 1999 |
| 52.232.33 | Payment by Electronic Funds Transfer - Central Contractor Registration | May 1999 |
| 52.236-18 | Work Oversight in Cost-Reimbursement Construction Contracts | Apr 1984 |
| 52.236-19 | Organization and Direction of the Work | Apr 1984 |
| 52.242-3 | Penalties for Unallowable Costs | May 2001 |
| 52.250-1 | Indemnification Under Public Law 85-804 (Apr 1984) - Alternate I | Apr 1984 |
| 52.252-2 | Clauses Incorporated by Reference | Feb 1998 |
| 52.252-4 | Alterations in Contract | Apr 1984 |

**eral Decision Number AR010046**

General Decision Number AR010046
Superseded General Decision No. AR000046
State: Arkansas
Construction Type:
HEAVY
County(ies):

| | | |
|---|---|---|
| FAULKNER | LONOKE | SALINE |
| JEFFERSON | PULASKI | |

HEAVY CONSTRUCTION PROJECTS (INCLUDING SEWER AND WATER LINE CONSTRUCTION PROJECTS)

| Modification Number | Publication Date |
|---|---|
| 0 | 03/02/2001 |
| 1 | 03/30/2001 |

COUNTY(ies):

| | | |
|---|---|---|
| FAULKNER | LONOKE | SALINE |
| JEFFERSON | PULASKI | |

SUAR2002A 06/19/1996

| | Rates | Fringes |
|---|---|---|
| CARPENTERS: | | |
| Form Building Work Only | 8.99 | |
| CONCRETE FINISHERS | 9.73 | |
| ELECTRICIANS | 13.85 | 2.23 |
| LABORERS: | | |
| Common | 6.64 | |
| Pipelayers | 7.52 | |
| Sliplining Work | 9.00 | |
| PAINTERS: | | |
| Brush | 11.54 | |
| POWER EQUIPMENT OPERATORS: | | |
| Backhoe | 9.08 | |
| Bulldozer | 9.72 | |
| Crane | 12.24 | |
| Excavator | 13.33 | |
| Front end loader | 9.00 | |
| Trackhoe | 10.00 | |
| TRUCK DRIVERS: | | |
| Dump | 7.23 | |

---

WELDERS - Receive rate prescribed for craft performing operation to which welding is incidental.

---

Unlisted classifications needed for work not included within the scope of the classifications listed may be added after award only as provided in the labor standards contract clauses (29 CFR 5.5(a)(1)(v)).

---

In the listing above, the "SU" designation means that rates listed under that identifier do not reflect collectively bargained wage and fringe benefit rates. Other designations indicate unions whose rates have been determined to be prevailing.

WAGE DETERMINATION APPEALS PROCESS

1.) Has there been an initial decision in the matter? This can be:

* an existing published wage determination
* a survey underlying a wage determination
* a Wage and Hour Division letter setting forth a position on a wage determination matter





Attachment "E"

a conformance (additional classification and rate) ruling.

On survey related matters, initial contact, including requests for summaries of surveys, should be with the Wage and Hour Regional Office for the area in which the survey was conducted because those Regional Offices have responsibility for the Davis-Bacon survey program. If the response from this initial contact is not satisfactory, then the process described in 2.) and 3.) should be followed.

With regard to any other matter not yet ripe for the formal process described here, initial contact should be with the Branch of Construction Wage Determinations. Write to:

Branch of Construction Wage Determinations
Wage and Hour Division
U. S. Department of Labor
200 Constitution Avenue, N. W.
Washington, D. C. 20210

2.) If the answer to the question in 1.) is yes, then an interested party (those affected by the action) can request review and reconsideration from the Wage and Hour Administrator (See 29 CFR Part 1.8 and 29 CFR Part 7). Write to:

Wage and Hour Administrator
U.S. Department of Labor
200 Constitution Avenue, N. W.
Washington, D. C. 20210

The request should be accompanied by a full statement of the interested party's position and by any information (wage payment data, project description, area practice material, etc.) that the requestor considers relevant to the issue.

3.) If the decision of the Administrator is not favorable, an interested party may appeal directly to the Administrative Review Board (formerly the Wage Appeals Board). Write to:

Administrative Review Board
U. S. Department of Labor
200 Constitution Avenue, N. W.
Washington, D. C. 20210

4.) All decisions by the Administrative Review Board are final.

END OF GENERAL DECISION

# PROCUREMENT APPROVAL FORM

(Ref. CT Policy Memo 97-12)

| | |
|---|---|
| SOLICITATION NUMBER | ADMENDMENT NUMBER |
| CONTRACT NUMBER<br>DAAA09-97-C-0098 | ORDER NUMBER/MODIFICATION NUMBER<br>A00209 |
| CONTRACTOR<br>WASHINGTON DEMILITARIZATION GROUP | ESTIMATED DOLLAR VALUE<br>$40,000,000 |
| PROGRAM/PROJECT<br>PINE BLUFF CSDP | ACTION<br>CONVERSION TO COST REIMBURSEMENT |

| NO. | TITLE | SIGNATURE | DATE |
|---|---|---|---|
| 1 | CONTRACT ~~SPECIALIST~~ POC, EXT. 1377 | S. Jackson | 11/7/01 |
| | COMPETENT REVIEWER | | |
| | TEAM LEADER | | |
| | DIVISION CHIEF | | |
| | SMALL BUSINESS SPECIALIST (CT-DB) | | |
| | TECHNICAL REVIEW ( ) | | |
| 2 | PROJECT MANAGEMENT | [signature] | 9 Nov 01 |
| 3 | OFFICE OF COUNSEL (Reviewed and found legally sufficient) | [signature] | 9 Nov 01 |
| | DD FORM 350 REVIEWED (CT) | | |
| 4 | CONTRACTING OFFICER<br>EMILY D. DURHAM<br>NAME | Emily D. Durham | 13 Nov 01 |
| | REVIEW<br>NAME | | |
| | DISTRIBUTION | | |

| | |
|---|---|
| | LM (GFP) |
| | SL (CLASSIFIED CONTRACT) |
| | CT-P (AUDIT) Reg. # |

CEHNC FORM 241 (Revised)
1 JUN 97

PREVIOUS EDITIONS WILL NOT BE USED

73

# SUMMARY EXHIBIT 1090

## Pine Bluff Out of State Travelers by Craft

Electricians: 336

Pipefitters: 199

Painters: 168

Ironworkers: 60

Cement Masons: 58

Carpenters: 33

Operating Engineers: 21

Boilermakers: 11

Laborers: 6

Millwrights: 6

Teamster: 1

TOTAL: 899

Source: Raytheon Payroll Database in Excell produced to James R. Daugherty, Esq. by attorneys for J. A. Jones, Inc.

DRAFT
August 11, 2008

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FIREMAN'S FUND INSURANCE COMPANY, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 04-1692C |
| THE UNITED STATES, | ) | (Judge Christine Miller) |
| Defendant. | ) | |

DEFENDANT'S FIRST SET OF REQUESTS FOR ADMISSIONS

Pursuant to RCFC 33, defendant, the United States, requests that plaintiffs, Fireman's Fund Insurance Company, American Home Assurance Company, Fidelity and Deposit Company of Maryland, J.A. Jones Construction Company and Guy F. Atkinson Construction Company, a Joint Venture ("Jones/Atkinson"), and Universal Underwriters Insurance Company (collectively, "Fireman"), respond to the following set of requests for admissions.

For the purposes of these requests, "Complaint" means the amended complaint filed by the Fireman on January 8, 2007. "Contract" means contract no. DACW-03-97-C-0025 between Jones/Atkinson and the United States, as amended. "Claim" means the certified claim submitted to the contracting officer by Jones/Atkinson on December 26, 2002. "Amended 2007 REA" means "Amended Request for Equitable Adjustment," dated March 2, 2007, sent from Fireman to the contracting officer. "Pine Bluff

75

contract" means contract no. DAAA09-97-0098 between Raytheon Demilitarization Company and the United States.

REQUEST FOR ADMISSION NO. 1:

Admit that Attachment A to this first set of requests for admissions is a true copy of a document (bates numbered FF037135) produced in discovery by Fireman during the course of this case.

RESPONSE:

REQUEST FOR ADMISSION NO. 2:

Admit that Attachment A (bates numbered FF037135) is an authentic business record of Jones/Atkinson.

RESPONSE:

REQUEST FOR ADMISSION NO. 3:

Admit that Attachment A (bates numbered FF037135) allocates $499,900.00 from the proceeds received by Jones/Atkinson in connection with contract modification P00041 to "Labor Escalation."

RESPONSE:

<u>REQUEST FOR ADMISSION NO. 4</u>:

Admit that Attachment B (bates numbered FF018777) is a true copy of modification P00041 to the Contract.

<u>RESPONSE</u>:

<u>REQUEST FOR ADMISSION NO. 5</u>:

Attachment B states, in part:

> A. SCOPE OF MODIFICATION. To provide for complete and final payment for settlement of the claim of <u>all costs</u>, including interest and Attorney Fees, associated with the Contractor's shutdown, due to projected exhaustion of project funds, during the period 13 January 1998 through 31 June 1998, and <u>any future impact associated with the suspension</u>.
>
> . . . F. RELEASE. In consideration of the modification agreed to herein a complete and final settlement for <u>all known and future costs</u> arising from the Contractor's shutdown, due to projected exhaustion of project funds, J. A. Jones Construction Company and Guy F. Atkinson Construction Company (A Joint Venture) <u>releases</u> and discharges the Government, its officers, agents, and employees of <u>any and all liabilities</u>, obligations, claims, appeals, and demands which it now has or hereafter may have, whether known or unknown, administrative or judicial, legal or equitable, arising out of or in any way related to the events upon which their claim is based.

Attachment B (emphasis added).

Admit that Fireman has no valid claim for labor costs, or any other costs, which were, or may have been, increased because contract performance was delayed during the period from January 13, 1998 through June 31, 1998.

<u>RESPONSE</u>:



81

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: 202-616-0856
Fax: 202-514-7969

July 25, 2008

Attorneys for Defendant

Attachment A

Montgomery Point Lock & Dam
Job #97074
Contract Modifications

| JO # | Change Order # | Description | Cost Code | Labor 01 | Burden 02 | Equipment 04 | Equipment 05 | FOG 06 | Parts 07 | Permanent Materials 20 | S/C 40 | ST & S 51 | Field Office Overhead | Home Office Overhead | C. O. Overruns & Underruns | Profit. | Bond | Insurance | Total | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Original Contract Amount | | | | | | | | | | | | | | | | | 186,124,143.50 | |
| 6 | P0004 | Fuel Barge Rent | 80-2000-000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (52,000) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (52,000.00) | |
| 26 | P00010 | R-O-W Extension | 80-2000-000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 58,776 | 0 | 0 | 0 | 0 | 4,702 | 306 | 216 | 64,000.00 | |
| 17 | P00012 | CoE Office Equipment | 13-0000-000 | 0 | 0 | 0 | 0 | 0 | 0 | 51,152 | 0 | 0 | 0 | 2,557 | 0 | 3,819 | 277 | 195 | 58,000.00 | |
| 3 | P00014 | Clearing Tree Stumps | 80-2000-000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 21,400 | 0 | 0 | 1,070 | 0 | 1,130 | 114 | 80 | 23,794.00 | |
| 7 | P00015 | Stoplog Material Upgrade | 86-1060-000 | 0 | 0 | 0 | 0 | 0 | 0 | 24,172 | 0 | 0 | 0 | 1,209 | 0 | 2,030 | 132 | 93 | 27,636.00 | |
| 30 | P00017 | Primavera Maintenance | 13-0000-000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 11,037 | 0 | 552 | 0 | 927 | 60 | 43 | 12,619.00 | |
| 33 | P00019 | Revetment 2.0R | 83-9963-100 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (45,000) | 0 | 0 | (2,358) | 0 | (669) | (242) | (171) | (48,440.00) | |
| ditto | P00019 | Revetment 2.0R | 83-9993-000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 40,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 40,000.00 | |
| ditto | P00019 | Revetment 2.0R | 83-7854-400 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 89,600 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 89,600.00 | |
| ditto | P00019 | Revetment 2.0R | 83-7854-500 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 29,440 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 29,440.00 | |
| ditto | P00019 | Revetment 2.0R | 83-7854-000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (161,200) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (161,200.00) | |
| 28 | P00022 | Water Road | 01-9455-000 | 5,965 | 1,448 | 6,692 | 0 | 5,050 | 0 | 0 | 0 | 86 | 0 | 962 | 0 | 1,616 | 105 | 74 | 22,000.00 | |
| 38 | P00021 | Guard Shack | 20-0005-000 | 5,000 | 1,000 | 5,000 | 0 | 0 | 0 | 0 | 15,000 | 10,000 | 0 | 0 | 0 | 0 | 0 | 0 | 36,000.00 | |
| 37 | P00027 | CoE Trailer Access Road | 20-0007-000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 17,878.50 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 17,878.50 | |
| 25 | P00026 | CoE Radios & Tower | 13-0000-000 | 378 | 83 | 0 | 0 | 0 | 0 | 0 | 0 | (10,756) | 0 | (515) | 0 | (865) | (56) | (40) | (11,773.00) | |
| 38 | P00038 | Guards 11/98 - 1/99 | 20-0005-000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 26,578 | 4,685.50 | 0 | 3,363 | 0 | 3,708 | 366 | 1,053 | 39,753.50 | |
| 50 | P00032 | Gas for COE Boat | 01-9451-100 | 0 | 0 | 0 | 0 | 0 | 2,500 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,500.00 | |
| 44 | P00035 | Delete Telephones | 13-0000-000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (5,145) | 0 | 0 | (257) | 0 | (432.04) | (28) | (20) | (5,882.04) | |
| 64 | Q003A | Clear & Grub Qty Overrun | 80-2000-000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 13,520 | 0 | 0 | 0 | 28,080 | 0 | 0 | 0 | 41,600.00 | |
| 65 | Q105B2A | HydroSurveys Overrun | 80-0105-000 | 1,800 | 724 | 1,800 | 0 | 600 | 240 | 0 | 3,716 | 720 | 0 | 0 | 6,400 | 0 | 0 | 0 | 16,000.00 | |
| 71 | Q007A | Cofferdam Berm Fill Overrun | 81-4080-000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 300,300.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 300,300.00 | |
| 71 | Q007B | Cofferdam Berm Fill Overrun | 81-4080-000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 34,403.24 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 34,403.24 | |
| 11 | P00041 | Funding Claim Settlement | 01-9620-000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 400,824 | 400,824.00 | Insurance |
| 11 | P00041 | Funding Claim Settlement | 01-9640-000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 93,384 | 0 | 93,384.00 | Bond |
| 11 | P00041 | Funding Claim Settlement | 01-9656-900 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 118,670 | 0 | 0 | 0 | 0 | 118,670.00 | Home Office Overheads |
| 11 | P00041 | Funding Claim Settlement | 01-3820-000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 400,000 | 0 | 0 | 0 | 0 | 0 | 0 | 400,000.00 | Legal |
| 11 | P00041 | Funding Claim Settlement | 20-0001-000 | 179,417 | 53,237 | 0 | 167,310 | 5,354 | 2,605 | 0 | 0 | 198,769 | 0 | 0 | 0 | 0 | 0 | 0 | 606,692.00 | Demobe |
| 11 | P00041 | Funding Claim Settlement | 20-0002-000 | 104,637 | 24,941 | 148,203 | 85,987 | 0 | 1,817 | 319,000 | 900,000 | 107,102 | 0 | 0 | 0 | 0 | 0 | 0 | 1,691,687.00 | Remobe |
| 11 | P00041 | Funding Claim Settlement | 20-0004-000 | 7,103 | 1,729 | 4,986 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 13,816.00 | Low Water 9/98 |
| 11 | P00041 | Funding Claim Settlement | 01-9656-800 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,403,168 | 0 | 0 | 0 | 0 | 0 | 0 | 1,403,168.00 | Indirects Impact |
| 11 | P00041 | Funding Claim Settlement | 20-0010-000 | 9,993 | 5,325 | 7,671 | 0 | 0 | 0 | 0 | 0 | 9,646 | 0 | 0 | 0 | 0 | 0 | 0 | 32,635.00 | Mobe Rig #4 |
| 11 | P00041 | Funding Claim Settlement | 01-9474-000 | 4,371 | 6,544 | 6,407 | 0 | 0 | 0 | 0 | 0 | 6,994 | 0 | 0 | 0 | 0 | 0 | 0 | 24,316.00 | Demobe Rig #4 |
| 11 | P00041 | Funding Claim Settlement | 01-9700-000 | 499,900 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 499,900.00 | Labor Escalation |
| 11 | P00041 | Funding Claim Settlement | 13-0000-000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,800 | 0 | 0 | 0 | 0 | 0 | 0 | 1,800.00 | P3 Maintenance |
| 11 | P00041 | Funding Claim Settlement | 83-0000-100 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 170,508 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 170,508.00 | Excavation Impacts |
| 11 | P00041 | Funding Claim Settlement | 80-2000-000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7,600 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7,600.00 | Fuel Barge Rent |
| 11 | P00041 | Funding Claim Settlement | 80-0105-000 | 10,500 | 3,500 | 21,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 35,000.00 | Scour Surveys |
| 43 | P00042 | Cell 45 & 46 Arcs 44A & 45A Lengths | 20-0011-000 | 12,039 | 1,017 | 22,451 | 0 | 0 | 0 | 559,293 | 0 | 118,181 | 0 | 29,740 | 0 | 62,159 | 3,310 | 2,810 | 811,000.00 | |
| 52 | P00040 | Miter Gate Pin Materials | 86-1030-000 | 0 | 0 | 0 | 0 | 0 | 0 | 18,699 | 0 | 0 | 0 | 934.42 | 0 | 1,375 | 101 | 0 | 21,109.42 | |
| 55 | P00043 | Crest Gate G12 Lube Surfaces | 86-1080-000 | 0 | 0 | 0 | 0 | 0 | 0 | 15,788 | 0 | 0 | 0 | 790.66 | 0 | 1,160 | 85 | 0 | 17,823.66 | |
| 70 | Q015CA | Diversion Channel Underrun | 83-2191-000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (435,657) | 0 | 0 | 0.00 | (80,253) | 0 | 0 | 0 | (515,909.25) | |
| 60 | Q0011A | Cofferdam Fdn Escav Underrun | 83-3190-000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (116,812) | 0 | 0 | 0.00 | (403,700) | 0 | 0 | 0 | (520,512.00) | |
| 79 | Q0055A | Temp. Sheet Pile Underrun | 81-4001-500 | 0 | 0 | 0 | 0 | 0 | 0 | (44,900) | 0 | 0 | 0 | 0.00 | 4,064 | 0 | 0 | 0 | (40,836.00) | |
| 54 | Q002A | Clearing Underrun | 80-2000-000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (27,720) | 0 | 0 | 0.00 | (35,280) | 0 | 0 | 0 | (63,000.00) | |
| 59 | Q0009 | Cell Consol Underrun | 81-4060-500 | (3,437) | (839) | (3,921) | 0 | (730) | (59) | 0 | (3,750) | (76) | 0 | 0.00 | (7,188) | 0 | 0 | 0 | (20,000.00) | |
| 68 | P00047 | Dwtr'g Well High Level Sensor | 81-5020-100 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5,631 | 0 | 0 | 282.00 | 0 | 413 | 31 | 0 | 6,357.00 | |
| 68 | P00047 | Dwtr'g Well High Level Sensor | 81-5020-100 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 722 | 0 | 0 | 36.00 | 0 | 53 | 4 | 0 | 815.00 | |
| 84 | Q0018BA | Quarry Run Exist to Disposal | 83-7854-500 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 43,056 | 0 | 0 | 0.00 | 3,742 | 0 | 0 | 0 | 46,798.00 | |
| 58 | P00050 | Delete Bentonite Seals | 81-5020-100 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (4,998) | 0 | 0 | (132.00) | 0 | (256) | (34) | 0 | (5,419.90) | |
| 59 | P00049 | Galvanize Misc. Metals | 86-0100-000 | 0 | 0 | 0 | 0 | 0 | 0 | 20,822 | 0 | 0 | 0 | 550.00 | 0 | 1,068 | 108 | 0 | 22,548.00 | |
| 67 | P00051 | Top of Cell Roadway Revision | 81-4090-000 | (3,619) | (380) | (1,556) | 0 | 0 | 0 | 0 | 0 | (381) | 0 | (155.00) | 0 | (586) | (164) | (791) | (7,612.00) | |
| 82 | P00052 | Guard on Access Road | 20-0015-000 | 235,330 | 26,944 | 2,440 | 0 | 0 | 0 | 0 | 0 | 9,274 | 0 | 7,047.00 | 0 | 28,148 | 1,714 | 47,890 | 358,785.00 | |
| 88 | Q0054A | Furnish PZ27 Sheet Pile | 81-4001-600 | 0 | 0 | 0 | 0 | 0 | 0 | 4,344 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4,343.50 | |
| 63 | P00054 | Electric Service To CoE Trlrs | 20-0014-000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 19,919 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 19,918.99 | |

83

FF037135

Attachment B

AUG-09-99 MON 09:01 AM FAX NO. P. 02

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE: J
PAGE 1 OF PAGES 2

2. AMENDMENT/MODIFICATION NO.: P00041
3. EFFECTIVE DATE: 08/06/99
4. REQUISITION/PURCHASE REQ. NO.: W41XDB-7050-7351
5. PROJECT NO. (If applicable):

6. ISSUED BY CODE W41XDE01
LITTLE ROCK DISTRICT
CORPS OF ENGINEERS
P O BOX 867/700 W CAPITOL AVE
LITTLE ROCK AR 72203-0867
DARREL L. JOHNSON C15 (501) 324-5020

7. ADMINISTERED BY (If other than Item 6) CODE

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) Vendor ID: 00022318
J A JONES CONST & GUY ATKINSON CONST JV
PO BOX 849
ROSEDALE MS 38732

CODE FACILITY CODE

(X) 9A. AMENDMENT OF SOLICITATION NO.
9B. DATED (SEE ITEM 11)
X 10A. MODIFICATION OF CONTRACT/ORDER NO.: DACW03-97-C-0025
10B. DATED (SEE ITEM 13): 07/21/97

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
96X3122 00120 09400 2500 M4L8M40 Mod Obligated Amount US $0.00
Increase: $5,500,000.00 EFT: T

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103 (b). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 52.243-4, Changes |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
MONTGOMERY POINT LOCK AND DAM, WHITE RIVER, DESHA COUNTY, ARKANSAS

A. SCOPE OF MODIFICATION: To provide for complete and final payment for settlement of the claim of all costs, including interest and Attorney Fees, associated with the Contractor's shutdown, due to projected exhaustion of project funds, during the period 13 January 1998 through 23 June 1998, and any future impact cost associated with the suspension. This modification is

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print): D.G. SICKLE PROJECT MANAGER
16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print): ANNIE M. MCCLINTOCK 1:04
15B. CONTRACTOR/OFFEROR: [signature] (Signature of person authorized to sign)
15C. DATE SIGNED: 8/10/99
16B. UNITED STATES OF AMERICA BY ________ (Signature of Contracting Officer)
16C. DATE SIGNED

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE
30-105
STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

FF018777

SF 30 CONTINUATION SHEET

in conjunction with Modification Numbers P00025 (123 calendar days) and P00039 (105 calendar days), which provided for an additional 229 calendar days resulting from the suspension of work.

B. CHANGE IN SPECIFICATIONS: No Change.

C. CHANGE IN DRAWINGS: No Change.

D. CHANGE IN CONTRACT PRICE: The contract price is changedfrom $187,177,775.46 to $192,677,775.46 an increase of $5,500,000.00, as follows:

ADD THE FOLLOWING NEW CONTRACT LINE ITEM:

| CLIN | Description | Quantity | U/M | Amount |
|---|---|---|---|---|
| 0113 | Settlement of Claim | 1 | LS | $5,500,000.00 |

E. CHANGE IN TIME: No Change.

F. RELEASE: In consideration of the modification agreed to herein as complete and final settlement for all known and future costs arising from the Contractor's shutdown, due to projected exhaustion of project funds, J. A. Jones Construction Company and Guy F. Atkinson Construction Company, (A Joint Venture) releases and discharges the Government, its officers, agents and employees of any and all liabilities, obligations, claims, appeals, and demands which it now has or hereafter may have, whether known or unknown, administrative or judicial, legal or equitable, rising out of or in any way related to the events upon which this claim is based.

CONTRACT OFF: (501)324-5720





85

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 25th day of July 2008, I caused to be placed in the United States mail (first-class mail, postage prepaid) copies of "DEFENDANT'S FIRST SET OF REQUESTS FOR ADMISSIONS" addressed as follows:

Robert Watt
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
8405 Greensboro Drive, Suite 100
McLean, VA 22102-5104

Ena M. Goddard