IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FIREMAN'S FUND INSURANCE COMPANY, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 04-1692C |
| THE UNITED STATES, | ) | (Judge Christine Miller) |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR
ENLARGEMENT OF TIME TO SERVE INTERROGATORY RESPONSES

Defendant, the United States, respectfully requests the Court to grant an enlargement of time of seven days, to and including August 22, 2008, within which the United States may serve interrogatory responses. Our responses are currently due to be served by August 15, 2008. This is our first request for an enlargement of time for this purpose. Counsel for the plaintiffs (collectively, "Fireman's Fund") has authorized us to say that Fireman's Fund does not oppose this motion for an enlargement of time.

On July 30, 2008, nine days after the status conference, held on Monday, July 21, 2008, Fireman's Fund served a set of 12 interrogatories to Mr. Clemans and a set of 13 interrogatories to Mr. Steuart. Counsel for the United States immediately sent these interrogatories to the witnesses for review, but counsel was required to spend the following days addressing other matters in this case. Since filing our response to Fireman's Fund's statement of its labor shortage claim on August 12, 2008, counsel

has devoted significant time to organizing a response to the interrogatories, but the responses are not yet complete.

The full enlargement of time requested is needed. Counsel must review certain written material and engage in various discussions before the responses will be ready to be served. In addition, time is needed for review of the draft responses by counsel for the agency and by supervisors at the Department of Justice.

For the reasons stated above, we respectfully request that our unopposed motion be granted.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W
Washington, D.C. 20530
Tele: 202-616-0856
Fax: 202-514-7969

August 15, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on August 15, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO SERVE INTERROGATORY RESPONSES" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier